**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TODD R. SNYDER, AS PLAN ADMINISTRATOR FOR THE TERRAFORM LABS PTE. LTD., ET AL., EACH POST-EFFECTIVE DATE DEBTOR, AND THE WIND DOWN TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS LLC, TAI MO SHAN LIMITED, JUMP FINANCIAL, LLC, J DIGITAL 6 CAYMAN LTD., JCDP-7 QP LLC, JUMP OPERATIONS, LLC, JUMP CAPITAL LLC, KANAV KARIYA, WILLIAM DISOMMA,<br><br>Defendants. | No. 1:25-cv-15414<br><br>District Judge Joan H. Lefkow |

**DEFENDANT JUMP CAPITAL, LLC'S CORPORATE DISCLOSURE
STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Jump Capital, LLC, a non-governmental corporate party, states that no publicly traded corporation owns 10% or more of its stock, and further states that it is wholly owned by DYSO TC, LLC and PXG, LLC, which are wholly owned by trusts associated with William J. DiSomma and Paul A. Gurinas. Those entities and individuals are affiliates, as defined by Local Rule 3.2, of Jump Capital, LLC.

1

Dated: February 17, 2026

Respectfully submitted,

By: /s/ *Sean M. Berkowitz*
Sean M. Berkowitz (ARDC No. 6209701)
Gary Feinerman (ARDC No. 6206906)
Jack McNeily (ARDC No. 6332140)
LATHAM & WATKINS LLP
330 N. Wabash Ave., Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Email: sean.berkowitz@lw.com
      gary.feinerman@lw.com
      jack.mcneily@lw.com

*Attorneys for Jump Capital, LLC*

2