**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TODD R. SNYDER, AS PLAN ADMINISTRATOR FOR THE TERRAFORM LABS PTE. LTD., ET AL., EACH POST-EFFECTIVE DATE DEBTOR, AND THE WIND DOWN TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS LLC, TAI MO SHAN LIMITED, JUMP FINANCIAL, LLC, J DIGITAL 6 CAYMAN LTD., JCDP-7 QP LLC, JUMP OPERATIONS, LLC, JUMP CAPITAL LLC, KANAV KARIYA, WILLIAM DISOMMA,<br><br>Defendants. | No. 1:25-cv-15414<br><br>District Judge Joan H. Lefkow |

**ORDER REGARDING DISCOVERY STAY AND GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND FOR LEAVE TO EXCEED PAGE LIMITS**

Upon consideration of the Joint Motion for Extension of Time to Respond to the Complaint and for Leave to Exceed Page Limits, the Court GRANTS the motion and hereby orders as follows:

1.      Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, Tai Mo Shan Limited, Jump Financial, LLC, J Digital 6 Cayman Ltd., JCDP-7 QP LLC, Jump Operations, LLC, and Jump Capital LLC (collectively, the "Jump Defendants"), and Defendant William DiSomma (together with Jump Defendants, the "Moving Defendants") shall move to dismiss and file their memoranda of law in support of their motions to dismiss on or before March 23, 2026; Plaintiff

1

shall file a single response to Moving Defendants' motions to dismiss on or before April 22, 2026; and Moving Defendants shall file their reply memoranda of law on or before May 22, 2026.

2.      The Jump Defendants shall file their memorandum of law in support of their motion to dismiss with a page limit of 45 pages; Mr. DiSomma shall file his memorandum of law in support of his motion to dismiss with a page limit of 25 pages; Plaintiff shall file a single response with a page limit of 70 pages; the Jump Defendants shall file their reply memorandum of law with a page limit of 25 pages; and Mr. DiSomma shall file his reply memorandum of law with a page limit of 13 pages.

3.      Discovery will be stayed pending resolution of Moving Defendants' anticipated motions to dismiss pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §§ 77z 1(b)(1), 78u-4(b)(3)(b). Plaintiff reserves the right to contest the scope or application of any such stay at a later stage. Status hearing date set for February 25, 2026 is stricken.

IT IS SO ORDERED.

Dated: February 18, 2026.

_____

Joan H. Lefkow, U. S. District Judge

2