**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TODD R. SNYDER AS PLAN ADMINISTRATOR FOR THE TERRAFORM LABS PTE. LTD., ET AL., EACH POST-EFFECTIVE DATE DEBTOR, AND THE WIND DOWN TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS, LLC, TAI MO SHAN LIMITED, JUMP FINANCIAL, LLC, J DIGITAL 6 CAYMAN LTD., JCDP-7 QP LLC, JUMP OPERATIONS, LLC, JUMP CAPITAL, LLC, KANAV KARIYA, WILLIAM DISOMMA, <br><br> Defendants. | Case No. 1:25-cv-15414 <br><br> District Judge Joan H. Lefkow |

**UNOPPOSED JOINT MOTION TO REALLOCATE MOTION TO DISMISS PAGE LIMITS**

Pursuant to Local Rule 7.1, Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, Tai Mo Shan Limited, Jump Financial, LLC, J Digital 6 Cayman Ltd., JCDP-7 QP LLC, Jump Operations, LLC, and Jump Capital LLC (collectively, the "Jump Defendants"), and Defendant William DiSomma (together with Jump Defendants, the "Moving Defendants") jointly move for leave to reallocate page limits for the memoranda in support of the Moving Defendants' motions to dismiss. In support, the Moving Defendants state as follows:

1.      On February 18, 2026, the Court permitted the Moving Defendants to exceed the standard page limits for their respective memoranda in support of their motions to dismiss—allowing 45 pages for the Jump Defendants and 25 pages for Mr. DiSomma. Dkt. 35.

2.      In preparing their respective motions to dismiss, the Jump Defendants and Mr. DiSomma have concluded that it would be more effective and efficient if the Jump Defendants

1

had 50 pages and Mr. DiSomma (who will be adopting some of the Jump Defendants' arguments) had 20 pages for their respective motions.

3.       This reallocation, if permitted by the Court, would result in the same total number of pages (70) allowed by the Court's February 18 order.  Plaintiff's counsel has indicated that Plaintiff does not oppose this motion.

WHEREFORE, the Moving Defendants jointly request that the Court allow the following reallocation of page limits:

    a.   The Jump Defendants shall have 50 pages for their motion to dismiss;

    b.   Mr. DiSomma shall have 20 pages for his motion; and

    c.   All other provisions of the February 18 order shall remain in full force and effect.

Dated: March 23, 2026

Respectfully submitted,

/s/ *Jack McNeilly*

Sean M. Berkowitz (ARDC No. 6209701)
Gary Feinerman (ARDC No. 6206906)
Jack M. McNeily (ARDC No. 6332140)
LATHAM & WATKINS LLP
330 N. Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Email: sean.berkowitz@lw.com
　　　gary.feinerman@lw.com
　　　jack.mcneily@lw.com

Christopher Harris (*pro hac vice forthcoming*)
Elizabeth A. Morris (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: christopher.harris@lw.com
　　　elizabeth.morris@lw.com

Richard Frohlichstein (*pro hac vice forthcoming*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: richard.frohlichstein@lw.com

*Attorneys for Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, Jump Financial, LLC, J Digital 6 Cayman Ltd., JCDP-7 QP LLC, Jump Operations, LLC, Jump Capital LLC, and Tai Mo Shan Limited*

/s/ *Paul M. Krieger (with consent)*

Paul M. Krieger (*admitted pro hac vice*)
Rebecca S. Tinio (*pro hac vice pending*)
Jonathan F. Bolz (*admitted pro hac vice*)
Benjamin W. Perotin (*pro hac vice pending*)
KKL LLP
350 Fifth Avenue, Suite 7710
New York, New York 10118
Telephone: (212) 390-9550
Email: paul.krieger@KKLllp.com
　　　jonathan.bolz@KKLllp.com
　　　ben.perotin@KKLllp.com

*Attorneys for Defendant William DiSomma*