**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TODD R. SNYDER AS PLAN ADMINISTRATOR FOR THE TERRAFORM LABS PTE. LTD., ET AL., EACH POST-EFFECTIVE DATE DEBTOR, AND THE WIND DOWN TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS, LLC, TAI MO SHAN LIMITED, JUMP FINANCIAL, LLC, J DIGITAL 6 CAYMAN LTD., JCDP-7 QP LLC, JUMP OPERATIONS, LLC, JUMP CAPITAL, LLC, KANAV KARIYA, WILLIAM DISOMMA,<br><br>Defendants. | Case No. 1:25-cv-15414<br><br>District Judge Joan H. Lefkow |

**DECLARATION OF JACK M. MCNEILY IN SUPPORT OF THE JUMP DEFENDANTS' MOTION TO DISMISS**

I, Jack M. McNeily, declare as follows:

1. I am an attorney with the law firm of Latham & Watkins LLP, and I am admitted in this Court as one of the attorneys for Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, Tai Mo Shan Limited, Jump Financial, LLC, J Digital 6 Cayman Ltd., JCDP-7 QP LLC, Jump Operations, LLC, and Jump Capital LLC (collectively, the "Jump Defendants"). If called as a witness, I would testify competently to the matters set forth in this declaration.

2. I submit this declaration in support of the Jump Defendants' Motion to Dismiss (the "Motion").

3. Attached as Exhibit 1 is a true and correct copy of a press release entitled *Luna Foundation Guard (LFG) Raises $1 Billion for a Bitcoin-Denominated Forex Reserve for Terra's*

*UST Stablecoin*, PRWeb (Feb. 22, 2022), available at https://www.prweb.com/releases/luna-foundation-guard-lfg-raises-1-billion-for-a-bitcoin-denominated-forex-reserve-for-terra-s-ust-stablecoin-829611467.html.

4. Attached as Exhibit 2 is a true and correct copy of the verdict filed in *SEC v. Terraform Labs Pte Ltd.*, 1:23-cv-01346 (S.D.N.Y. Apr. 5, 2024), Dkt. 229.

5. Attached as Exhibit 3 is a true and correct copy of Tai Mo Shan Limited, Securities Act of 1933 Release No. 11349, SEC Administrative Proceeding File No. 3-22382 (Dec. 20, 2024).

6. Attached as Exhibit 4 is a true and correct copy of the complaint filed in *Patterson v. Jump Trading LLC*, 5:22-cv-03600 (N.D. Cal. June 17, 2022), Dkt. 1.

7. Attached as Exhibit 5 is a true and correct copy of the Notice of Motion and Motion of Shing Yiu Ng for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; Memorandum of Points and Authorities filed in *Patterson v. Terraform Labs, PTE*, No. 5:22-cv-3600 (N.D. Cal. Aug. 19, 2022), Dkt. 28.

8. Attached as Exhibit 6 is a true and correct copy of an article by Alison Frankel entitled *Collapse of Stablecoin TerraUSD Sparks Bold 'Scheme Liability' Suit*, Reuters (June 21, 2022), available at https://www.reuters.com/legal/transactional/collapse-stablecoin-terrausd-sparks-bold-scheme-liability-suit-2022-06-21/.

9. Attached as Exhibit 7 is a true and correct copy of the final judgment filed in *SEC v. Terraform Labs PTE Ltd.*, No. 1:23-cv-1346 (S.D.N.Y. June 12, 2024), Dkt. 273.

10. Attached as Exhibit 8 is a true and correct copy of Plaintiff Securities and Exchange Commission's Memorandum of Law in Support of Motion for Leave to Amend the Complaint filed in *SEC v. Binance Holdings Ltd.*, No. 1:23-cv-01599 (D.D.C. Sept. 12, 2024), Dkt. 273-1.

11. Attached as Exhibit 9 is a true and correct copy of a speech by Paul S. Atkins, Chairman, SEC, entitled *The SEC's Approach to Digital Assets: Inside "Project Crypto"* (Nov. 12, 2025), available at https://www.sec.gov/newsroom/speeches-statements/atkins-111225-secs-approach-digital-assets-inside-project-crypto.

12. Attached as Exhibit 10 is a true and correct copy of the SEC Division of Corporation Finance, *Statement on Stablecoins* (April 4, 2025), available at https://www.sec.gov/newsroom/speeches-statements/statement-stablecoins-040425.

13. Attached as Exhibit 11 is a true and correct copy of the joint release of the SEC & CFTC, entitled *Application of the Federal Securities Laws to Certain Types of Crypto Assets and Certain Transactions Involving Crypto Assets*, Release Nos. 33-11412, 34-105020 (Mar. 17, 2026), available at https://www.sec.gov/files/rules/interp/2026/33-11412.pdf.

14. Attached as Exhibit 12 is a true and correct copy of an X post by Kanav Kariya (@KanavKariya), X (Jan. 27, 2022), available at https://x.com/KanavKariya/status/1486930291927175170.[1]

15. Attached as Exhibit 13 is a true and correct copy of an X post by Kanav Kariya (@KanavKariya), X (Jan. 27, 2022), available at https://x.com/KanavKariya/status/1486930299711897605.

16. Attached as Exhibit 14 is a true and correct copy of an X post by Jump Crypto (@jump_), X (Feb. 22, 2022), available at https://x.com/jump_/status/1496184264530042885.

[1] The Page Vault captures for the X post exhibits included with this declaration display timestamps in Greenwich Mean Time ("GMT"). References to the same posts in the Jump Defendants' Motion reflect the equivalent time in Central Time ("CT"). Any apparent differences in dates or timestamps between the exhibits and the Motion are attributable solely to time-zone conversion and do not reflect any difference in the underlying posts.

17. Attached as Exhibit 15 is a true and correct copy of an X post by Kanav Kariya (@KanavKariya), X (Apr. 7, 2022), available at https://x.com/KanavKariya/status/1512119136649941002.

18. Attached as Exhibit 16 is a true and correct copy of an X post by Kanav Kariya (@KanavKariya), X (May 1, 2022), available at https://x.com/KanavKariya/status/1520850062754070528.

19. Attached as Exhibit 17 is a true and correct copy of the complaint filed in *Snyder v. Jane St. Grp., LLC*, No. 1:26-cv-1504 (S.D.N.Y. Feb. 23, 2026), Dkt. 1.

20. Attached as Exhibit 18 is a true and correct copy of an X post by Do Kwon (@stablekwon), X (Mar. 11, 2022), available at https://x.com/stablekwon/status/1502225674840555523.

21. Attached as Exhibit 19 is a true and correct copy of the voluntary petition filed in *In re Terraform Labs Pte. Ltd.*, No. 24-10070-BLS (Bankr. D. Del. Jan. 21, 2024), Dkt. 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Chicago, Illinois, on March 23, 2026.

Jack M. McNeily (ARDC No. 6332140)
LATHAM & WATKINS LLP
330 N. Wabash Ave., Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Email: jack.mcneily@lw.com

*Attorney for the Jump Defendants*