# EXHIBIT 6

PageVault

| | |
|---|---|
| Document title: | Collapse of stablecoin TerraUSD sparks bold 'scheme liability' suit \| Reuters |
| Capture URL: | https://www.reuters.com/legal/transactional/collapse-stablecoin-terrausd-sparks-bold-scheme-liability-suit-2022-06-21/ |
| Page loaded at (UTC): | Wed, 18 Mar 2026 16:58:20 GMT |
| Capture timestamp (UTC): | Wed, 18 Mar 2026 16:59:46 GMT |
| Capture tool: | 10.79.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 8 |
| Capture ID: | icM5SnzJLUiMcdzmvxLCYe |
| Display Name: | Omar.Quervalu |




Exclusive news, data and analytics for financial market professionals LSEG

Reuters World Business Markets Sustainability Legal More Newsletters Sign In Subscribe - $1/wk


Commentary Transactional

# Collapse of stablecoin TerraUSD sparks bold 'scheme liability' suit



Alison Frankel

June 21, 2022 8:27 PM UTC · Updated June 21, 2022



Smartphone with Terra logo is placed on displayed U.S. dollars in this illustration taken May 11, 2022. REUTERS/Dado Ruvic Purchase Licensing Rights






Related Documents

- Complaint — View
- 2nd Circuit opinion — View

(Reuters) - A new securities fraud class action by an investor in the collapsed stablecoin TerraUSD will test a novel theory of liability against six crypto venture capital firms that pledged to support Terra tokens in the months before they imploded.

Chicago investor Nick Patterson sued Terraform Labs Pte Ltd founder and CEO Do Kwon and California-based research head Nicholas Platias in federal court in San Francisco on Friday, alleging that they lured investors to buy digital assets in the so-called Terra ecosystem with false promises about guaranteed




Chicago investor Nick Patterson sued Terraform Labs Pte Ltd founder and CEO Do Kwon and California-based research head Nicholas Platias in federal court in San Francisco on Friday, alleging that they lured investors to buy digital assets in the so-called Terra ecosystem with false promises about guaranteed returns and algorithmic stability. Plaintiffs lawyers from Scott + Scott described Terra's pitch as a "siren song" luring even veteran crypto traders who subsequently lost tens of billions of dollars when the tokens collapsed.

Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

Advertisement · Scroll to continue







Part of the attraction for stablecoin buyers, according to the complaint, was the backing of six venture capital firms that banded together in February as the Luna Foundation Guard "to support and fund the Terra ecosystem," including the creation of a billion-dollar reserve pool to serve as collateral for Terra tokens. The complaint alleges that the venture capital firms, including Jump Trading LLC, Tribe Capital and Three Arrows Capital Pte Ltd, knowingly passed along fraudulent information to Terra investors.

That's an intriguing assertion. It's not easy, as you know, to extend securities fraud liability beyond the issuers and underwriters that backed offerings. But plaintiffs' lawyers Sean Masson of Scott + Scott told me the venture capital firms named as defendants in the new Terraform complaint were "agents of Terraform, acting on Terraform's behalf."

Advertisement · Scroll to continue



Exclusive news, data and analytics for financial market professionals LSEG

Reuters World Business Markets Sustainability Legal More Newsletters Sign In Subscribe - $1/wk

Hard news. Easy price. Subscribe now

Executives from some of the firms, Masson said, made public statements touting Terra tokens and the billion-dollar reserve established by the Luna Foundation Guard. "We believe they are prime culpable parties," Masson said.

I reached out by email or Twitter to Terraform, the Luna Foundation Guard and all six of the venture firms named as defendants. None got back to me.

The key to investors' federal securities law claims against the venture capital firms is the U.S. Supreme Court's 2019 ruling in Lorenzo v. Securities and Exchange Commission. In that case, as I've reported, the Supreme Court held that investment banker Francis Lorenzo participated in a fraudulent securities scheme when he knowingly emailed false information about a client's debt offering to potential investors. The Lorenzo ruling launched a bevy of law firm client alerts about the expansion of "scheme liability" under the Securities and Exchange Act. And although shareholder lawyers told me at the time that the ruling wouldn't have a big impact on private securities fraud cases, Lorenzo has occasionally popped up in investor class actions.

The new Terra complaint is one of the most ambitious assertions of scheme liability since the Supreme Court issued the Lorenzo decision, said plaintiffs lawyer Kyle Roche of Roche Freedman, who is co-counsel in a recently filed class action accusing the crypto trading platform Binance of violating U.S. securities laws by facilitating the sale of Terra tokens. The new class action, Roche said, also marks the first time that investors have alleged scheme liability against defendants that did not sell digital assets but actively promoted tokens.

If investors' scheme liability theory pans out in the Terraform class action, crypto traders who believe they were defrauded will be able to bring claims against an expanded array of defendants for allegedly helping token issuers deceive the market. The new Terra complaint, moreover, asserts that all of the defendants engaged in a racketeering conspiracy to hoodwink investors. RICO claims, as you know, carry treble damages — so if token buyers can tag the venture capital firms with securities fraud as a predicate for racketeering claims, that's powerful leverage.

Sponsored Content

Dianomi Advertise Here







Expert research built right into E*TRADE's powerful platform
Sponsored by E*TRADE from Morgan Stanley
Open an Account


Use a checklist to avoid common financial mistakes when changing jobs.
Sponsored by U.S. Bank Wealth Management


How to Freeze Your Credit—and Why It Matters
Sponsored by Charles Schwab

But that's still a very big if. As a threshold question, plaintiffs will have to show that Terra tokens were, in fact, securities. Terraform Labs did not register any of the digital assets as securities, nor is the Seoul-based company registered with the SEC as a broker-dealer. (The class action, in fact, asserts claims for the sale of unregistered securities.) The SEC has asserted in an array of enforcement actions that digital assets other than Bitcoin and Ether are securities, but you can be sure the Terra defendants will argue otherwise.

Several of the defendants, including Terraform Labs, Terraform CEO Kwon and several of the venture capital firms, are not based in the U.S. and are likely to contest the jurisdiction of California federal courts. The complaint devotes considerable attention to establishing California's interest in hearing the case. It's also notable, said Masson of Scott + Scott, that the 2nd U.S. Circuit Court of Appeals ruled just a couple of weeks ago, in Terraform's challenge to SEC investigative subpoenas, that the company and Kwon are subject to the jurisdiction of U.S. courts. The 2nd Circuit concluded that although Terraform and Kwon are not U.S. entities, they "purposefully availed themselves of the U.S. by promoting the digital assets at issue in the SEC's investigation to U.S.-based consumers and investors."

Even if investors prevail on California's jurisdiction, they face an additional obstacle of establishing that Terra token trading took place within U.S. borders.

I've been telling you for a while that the Supreme Court's 2010 ruling in Morrison v. National Australia Bank Ltd, which held that federal securities laws generally don't apply beyond U.S. borders, has been a boon for crypto defendants based in foreign countries. There's no doubt that Terraform will claim that its digital assets were not bought and sold in domestic transactions so it cannot be liable under U.S. securities laws.

Investors are anticipating that defense, Masson said, but he added, "We believe that the allegations in the complaint are sufficient to withstand a Morrison challenge."

To be clear, Terra stablecoin investors have a long, long way to go. Friday's complaint will probably be amended after U.S. District Judge James Donato of San Francisco picks a lead plaintiff. Defendants will then move for dismissal.

I'll be watching with interest. Crypto companies like to emphasize decentralization. The conspiracy allegations in this case posit exactly the opposite.

Read more:

New Binance class action likely clears one hurdle but faces plenty of others

Collapsed stablecoin TerraUSD announces recovery plan as token flounders

Will Supreme Court's Lorenzo ruling spur shareholder class actions?

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics: Transactional | Capital Markets | Class Actions & Multi-district Litigation

Opinions expressed are those of the author. They do not reflect the views of Reuters News, which, under the Trust Principles, is committed to integrity, independence, and freedom from bias.

Purchase Licensing Rights

Exclusive news, data and analytics for financial market professionals LSEG



Principles, is committed to integrity, independence, and freedom from bias.

Purchase Licensing Rights




Alison Frankel
Thomson Reuters


Alison Frankel has covered high-stakes commercial litigation as a columnist for Reuters since 2011. A Dartmouth college graduate, she has worked as a journalist in New York covering the legal industry and the law for more than three decades. Before joining Reuters, she was a writer and editor at The American Lawyer. Frankel is the author of Double Eagle: The Epic Story of the World's Most Valuable Coin.


## Read Next / Editor's Picks



Government
Trump administration asks judge to revisit ruling blocking subpoenas to Fed's Powell



Exclusive: US SEC's top cop resigns after just six months on the job




Litigation
Spandex maker Lycra files for bankruptcy to cut $1.2 billion in debt



Litigation
Saks Global se million bankru funding, bondh five-year plan



Reuters Plus
A formula for the future
Sponsored by Marubeni






Sponsored Content

Dianomi Advertise Here

Sponsored by E*TRADE from Morgan Stanley

Sponsored by U.S. Bank Wealth Management

Gift or Guilt? Navigating Family Money
Sponsored by Charles Schwab


CEO says this is worth 17 Nvidias
Sponsored by The Motley Fool


Sports Betting vs Investing: 4 Key Differences
Sponsored by Charles Schwab


Sponsored Content
Dianomi Advertise Here


Charles Schwab
3 Ways to Pass Down a Home


The Motley Fool
CEO says this is worth 17 Nvidias


Charles Schwab
3 Reasons to Put Your Cash to Work

U.S. Bank Wealth Management
Learn how IRAs help you save for retirement and may lower your taxes.


Charles Schwab
Schwab's Market Outlook


Finance Advisors
Firing Your Financial Advisor: The 5 Major Red Flags


Charles Schwab
How to Minimize the Need for a Conservatorship


E*TRADE from Morgan Stanley
Expert research built right into E*TRADE's powerful platform


TradeStation
Natural-born traders, TradeStation was built for you. Start trading.


U.S. Bank Wealth Management
Learn how IRAs help you save for retirement and may lower your taxes.


Charles Schwab
Schwab's Market Outlook


Finance Advisors
Firing Your Financial Advisor: The 5 Major Red Flags


Charles Schwab
How to Minimize the Need for a Conservatorship


E*TRADE from Morgan Stanley
Expert research built right into E*TRADE's powerful platform


TradeStation
Natural-born traders, TradeStation was built for you. Start trading.




Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.



LSEG Products

Workspace
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

Data Catalogue
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

World-Check
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.



All quotes delayed a minimum of 15 minutes. See here for a list of exchanges and delays.
© 2026 Reuters. All rights reserved