# EXHIBIT 12

PageVault

| | |
|---|---|
| Document title: | Kanav Kariya on X: "There's a lot of confusion and panic on the MIM and UST today. Hoping this thread can provide a clear unemotional take on the situation ☐ 1/" / X |
| Capture URL: | https://x.com/KanavKariya/status/1486930291927175170 |
| Page loaded at (UTC): | Mon, 23 Mar 2026 11:35:30 GMT |
| Capture timestamp (UTC): | Mon, 23 Mar 2026 11:36:21 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | evkoWwFyLz4Rybi934HTxC |
| Display Name: | Nasir.Mohamed |

Post

**Kanav Kariya** @KanavKariya

There's a lot of confusion and panic on the MIM and UST today. Hoping this thread can provide a clear unemotional take on the situation

🧵

1/

5:13 AM · Jan 28, 2022

59 528 2.1K 589

Read 59 replies

New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

What's happening

Gaming · Trending
パズドラ

Trending worldwide
日置さん

Trending worldwide
الضربات العسكريه

Sports · Trending
TheMix

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

Don't miss what's happening
People on X are the first to know.
Log in Sign up