# EXHIBIT 13

PageVault

| | |
|---|---|
| Document title: | Kanav Kariya on X: "It’s difficult to imagine a sustained mass exodus to UST given the circumstances. In the event it occurs, there is potential for UST to be sold/burned and provide some downward pressure on Luna price. Worth noting that the UST supply is >$11B and UST in Abracadabra is ~$900M 8/" / X |
| Capture URL: | https://x.com/KanavKariya/status/1486930299711897605 |
| Page loaded at (UTC): | Mon, 23 Mar 2026 17:25:33 GMT |
| Capture timestamp (UTC): | Mon, 23 Mar 2026 17:27:17 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | gSE2VStEZwiPfPV6hGuQ6H |
| Display Name: | Nasir.Mohamed |

X

Post

**Kanav Kariya** @KanavKariya

It's difficult to imagine a sustained mass exodus to UST given the circumstances. In the event it occurs, there is potential for UST to be sold/burned and provide some downward pressure on Luna price. Worth noting that the UST supply is >$11B and UST in Abracadabra is ~$900M

8/

5:13 AM · Jan 28, 2022

4 6 132 6

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

**Don't miss what's happening**

People on X are the first to know.

Log in Sign up