# EXHIBIT 14

PageVault

| | |
|---|---|
| Document title: | Jump Crypto ☐ ☐ ☐ on X: "1/5 We're happy to announce that we are leading the Luna Foundation Guard’s $1B token sale that establishes a $UST forex reserve denominated in #bitcoin The UST Forex Reserve (Automated Market Reserve) backstops the UST peg in times of severe volatility" / X |
| Capture URL: | https://x.com/jump_/status/1496184264530042885 |
| Page loaded at (UTC): | Mon, 23 Mar 2026 11:36:50 GMT |
| Capture timestamp (UTC): | Mon, 23 Mar 2026 11:37:13 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | h5x8rj337XV5zNr7zGwhXf |
| Display Name: | Nasir.Mohamed |

Post

**Jump Crypto** 🔥💃
@jump_

1/5 We're happy to announce that we are leading the Luna Foundation Guard's $1B token sale that establishes a $UST forex reserve denominated in #bitcoin

The UST Forex Reserve (Automated Market Reserve) backstops the UST peg in times of severe volatility

6:05 PM · Feb 22, 2022

15 89 545 22

**Read 15 replies**

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## What's happening

Gaming · Trending
パズドラ

Trending worldwide
日置さん

Trending worldwide
الضربات العسكريه

Sports · Trending
**TheMix**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up