# EXHIBIT 15

PageVault

| | |
|---|---|
| Document title: | Kanav Kariya on X: "Alignment across ecosystems and a commitment to a multi chain future UST centric DeFi ecosystem, cross pollination of culture with gaming subnet, AVAX as a high quality reserve asset in the LFG. Win, win, win" / X |
| Capture URL: | https://x.com/KanavKariya/status/1512119136649941002 |
| Page loaded at (UTC): | Mon, 23 Mar 2026 11:37:24 GMT |
| Capture timestamp (UTC): | Mon, 23 Mar 2026 11:37:46 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | j1SUczF8EC2qmvE52EE4KP |
| Display Name: | Nasir.Mohamed |

Post

**Kanav Kariya** @KanavKariya

Alignment across ecosystems and a commitment to a multi chain future

UST centric DeFi ecosystem, cross pollination of culture with gaming subnet, AVAX as a high quality reserve asset in the LFG. Win, win, win

> **LFG | Luna Foundation Guard** @LFG_org · Apr 7, 2022
> Welcoming $AVAX as the second major layer one crypto asset next to $BTC as part of the $UST Reserve.
>
> The inclusion of @avalancheavax's native token marks the start of a diverse pool of layer one crypto assets helping support the $UST peg...

5:24 PM · Apr 7, 2022

10 · 77 · 488 · 8

**Read 10 replies**

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## What's happening

Gaming · Trending
パズドラ

Trending worldwide
日置さん

Trending worldwide
الضربات العسكريه

Sports · Trending
**TheMix**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in | Sign up