# EXHIBIT 16

PageVault

| | |
|---|---|
| Document title: | Kanav Kariya on X: "Terra, even more so than other ecosystems has a really interesting suite of liquidity primitives that are likely to dictate flows. The governance layer across this is a very natural next step Excited to support a great team tackling this space" / X |
| Capture URL: | https://x.com/KanavKariya/status/1520850062754070528 |
| Page loaded at (UTC): | Mon, 23 Mar 2026 11:37:54 GMT |
| Capture timestamp (UTC): | Mon, 23 Mar 2026 11:38:19 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | d8m3fvbQx6ydRKFftSpEe4 |
| Display Name: | Nasir.Mohamed |

X

Post

**Kanav Kariya**
@KanavKariya

Terra, even more so than other ecosystems has a really interesting suite of liquidity primitives that are likely to dictate flows. The governance layer across this is a very natural next step

Excited to support a great team tackling this space

> **Vortex Protocol** @VortexProtocol · May 1, 2022
> And so it begins...
>
> Phase 1 of the Retrograde Launch is live: retrograde.money/launch
>
> Deposit $UST into the Liquidity Bootstrapping Auction to receive ...

7:38 PM · May 1, 2022

5 17 136 5

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Gaming · Trending
パズドラ

Trending worldwide
日置さん

Trending worldwide
الضربات العسكريه

Sports · Trending
**TheMix**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up