# EXHIBIT 18

PageVault

| | |
|---|---|
| Document title: | Do Kwon ☐ on X: "TFL has donated 12M additional $Luna to @LFG_org. https://t.co/KOqaABKWZi The funds will be burned to mint $UST, and thereafter used to grow LFG's reserves. At current prices, this reflects another 1.2B incoming addition to the $UST reserves. ☐ " / X |
| Capture URL: | https://x.com/stablekwon/status/1502225674840555523 |
| Page loaded at (UTC): | Mon, 23 Mar 2026 11:38:32 GMT |
| Capture timestamp (UTC): | Mon, 23 Mar 2026 11:38:53 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | ehBELjbybc8M3k8EG3L4zM |
| Display Name: | Nasir.Mohamed |

X

← Post

**Do Kwon** @stablekwon

TFL has donated 12M additional $Luna to @LFG_org.

finder.extraterrestrial.money/mainnet/tx/318...

The funds will be burned to mint $UST, and thereafter used to grow LFG's reserves.

At current prices, this reflects another 1.2B incoming addition to the $UST reserves.

10:11 AM · Mar 11, 2022

121 542 2.3K 13

Read 121 replies

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Something went wrong. Try reloading.

Retry

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up