**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Todd R. Snyder

                    Plaintiff,

v.                                             Case No.: 1:25–cv–15414
                                               Honorable Joan H. Lefkow

Jump Trading, LLC, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Agreed motion to extend time [50] is granted. Motions to dismiss [45] and [46] are terminated as moot. Plaintiff shall file an amended complaint by 5/1/2026. Defendants shall answer or file their motion to dismiss by 6/20/2026, with a 50 page limit for Jump Defendants and 20 page limit for Mr. DiSomma. Plaintiff's single response to the motion to dismiss is due by 7/30/2026 with a limit of 70 pages. Defendants' reply is due by 8/31/2026, with a 25 page limit for Jump Defendants and 13 page limit for Mr. DiSomma. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.