**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| TODD R. SNYDER AS PLAN ADMINISTRATOR FOR THE TERRAFORM LABS PTE. LTD., ET AL., EACH POST-EFFECTIVE DATE DEBTOR, AND THE WIND DOWN TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS, LLC, TAI MO SHAN LIMITED, JUMP FINANCIAL, LLC, J DIGITAL 6 CAYMAN LTD., JCDP-7 DIGITAL LTD., JUMP OPERATIONS, LLC, JUMP CAPITAL, LLC, KANAV KARIYA, WILLIAM DISOMMA, AND XYZ COMPANIES 1-10, <br><br> Defendants. | Case No. 1:25-cv-15414 <br><br> District Judge Joan H. Lefkow |

**DEFENDANTS' MOTION TO STAY DEADLINES**

Pursuant to the Court's inherent authority to manage its docket, Defendants respectfully request that the Court enter an order staying all deadlines in this case pending resolution of their forthcoming motion to strike the Amended Complaint. In support, Defendants state as follows:

1.      On May 1, 2026, Plaintiff filed the Amended Complaint, Dkt. 55, and a Motion to Seal the Amended Complaint, Dkt. 54.

2.      On May 4, 2026, the Court conditionally granted the Motion to Seal until May 18, 2026, and ordered Defendants to file any motion to continue the seal by that date. Dkt. 61.

3.      On May 12, 2026, Defendants notified Plaintiff that unless he withdraws the Amended Complaint, Defendants will move to strike it because, as Plaintiff acknowledges in his Motion to Seal, Dkt. 54 at 2, it quotes, paraphrases, summarizes, and otherwise relies on materials

1

subject to the protective order entered in *In re Terraform Labs Pte. Ltd.*, Case No. 24-10070 (Bankr. D. Del.), to which Plaintiff is bound. The use of that protected material in this action is expressly prohibited by that protective order, which states that "Confidential Information" disclosed "in connection with this Chapter 11 Case … shall be used solely in this Chapter 11 case, … [and] not be used or disclosed in any other proceeding or for any other purpose." *Id.*, Dkt. 263-1 at 3.

4.      On May 13, 2026, Plaintiff informed Defendants that he would not withdraw the Amended Complaint and that, while in principle he would not oppose a motion for extension of time to file Defendants' motion to continue the seal of the Amended Complaint, he would not agree to a proposed motion that presupposed the propriety of any motion to strike the Amended Complaint.

5.      On May 14, 2026, Defendants notified Plaintiff that they would file an opposed motion to stay all deadlines pending the Court's resolution of Defendants' forthcoming motion, which, in light of Plaintiff's violation of the protective order, will seek dismissal of the Amended Complaint and, in the alternative, ask the Court to strike certain allegations of the Amended Complaint that quote, paraphrase, summarize, or otherwise rely on materials subject to the *In re Terraform Labs Pte. Ltd.* protective order.

6.      Accordingly, Defendants seek to stay all deadlines, including the motion to seal deadline of May 18, 2026, Dkt. 61, and the motion to dismiss deadline of June 30, 2026, Dkt. 51, pending the Court's ruling on Defendants' forthcoming motion, which they will file by May 22, 2026. Defendants further request that the Court continue the conditional seal pending resolution of Defendants' forthcoming motion.

WHEREFORE, Defendants request that the Court stay all deadlines pending the Court's ruling on Defendants' forthcoming motion for relief in light of Plaintiff's violation of the protective order.

Dated: May 14, 2026

Respectfully submitted,

*/s/ Gary Feinerman*
Gary Feinerman (ARDC No. 6206906)
Sean M. Berkowitz (ARDC No. 6209701)
Jack McNeily (ARDC No. 6332140)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767
Email: gary.feinerman@lw.com
  sean.berkowitz@lw.com
  jack.mcneily@lw.com

Christopher Harris (*pro hac vice*)
Elizabeth A. Morris (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: christopher.harris@lw.com
  elizabeth.morris@lw.com

Richard Frohlichstein (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: richard.frohlichstein@lw.com

*Attorneys for Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, Jump Financial, LLC, J Digital 6 Cayman Ltd., Jump Operations, LLC, Jump Capital LLC, JCDP-7 Digital Ltd., and Tai Mo Shan Limited*

3

/s/ Paul M. Krieger (w/ consent)
Paul M. Krieger (*pro hac vice*)
Rebecca S. Tinio (*pro hac vice*)
Jonathan F. Bolz (*pro hac vice*)
Benjamin W. Perotin (*pro hac vice*)
KKL LLP
350 Fifth Avenue, Suite 7710
New York, New York 10118
Telephone: (212) 390-9550
Paul.Krieger@KKLllp.com
Rebecca.Tinio@KKLllp.com
Jonathan.Bolz@KKLllp.com
Ben.Perotin@KKLllp.com

*Attorneys for Defendant William DiSomma*

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, I electronically filed the foregoing document with the Court via CM/ECF, which will automatically send notice and a copy of same to counsel of record via email.

/s/ *Gary Feinerman*
Gary Feinerman

5