**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| TODD R. SNYDER AS PLAN ADMINISTRATOR FOR THE TERRAFORM LABS PTE. LTD., ET AL., EACH POST-EFFECTIVE DATE DEBTOR, AND THE WIND DOWN TRUST, <br><br> Plaintiff, <br><br> v. <br><br> JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS, LLC, TAI MO SHAN LIMITED, JUMP FINANCIAL, LLC, J DIGITAL 6 CAYMAN LTD., JCDP-7 DIGITAL LTD., JUMP OPERATIONS, LLC, JUMP CAPITAL, LLC, KANAV KARIYA, WILLIAM DISOMMA, AND XYZ COMPANIES 1-10, <br><br> Defendants. | Case No. 1:25-cv-15414 <br><br> District Judge Joan H. Lefkow |

**JOINT MOTION TO EXTEND STAY PENDING RULING ON PLAINTIFF'S MOTION TO CLARIFY OR MODIFY THE PROTECTIVE ORDER AND TO STRIP <u>CONFIDENTIALITY DESIGNATIONS</u>**

Pursuant to this Court's inherent authority to manage its docket, the parties respectfully request that the Court extend its stay of this case, entered on May 21, 2026, Dkt. 77, from June 4, 2026, until the ruling by the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") on Plaintiff's Motion to Clarify or Modify the Protective Order in *In re Terraform Labs Pte. Ltd.*, Case No. 24-10070 (Bankr. D. Del.) ("the Chapter 11 Case"). In support, the parties state as follows:

1. On May 1, 2026, Plaintiff filed the Amended Complaint, Dkt. 55, which relies in part on materials subject to the Protective Order entered in the Chapter 11 Case.

2. On May 14, Defendants moved to stay all deadlines in this case pending the Court's

resolution of Defendants' forthcoming motion to strike the Amended Complaint. Dkt. 71.

3. On May 20, the Court held a hearing on Defendants' motion to stay. On May 21, the Court issued its order staying this case until June 4. Dkt. 77. The Court placed the Amended Complaint under seal, and stayed the case "until [Plaintiff] immediately presents the issue to the bankruptcy judge for clarification of the order or amendment as needed." *Id.* The Court set a status hearing for June 17. *Id.*

4. On Friday, May 29, after meet and confers between the parties, Plaintiff filed in the Chapter 11 Case a Motion to Clarify or Modify the Protective Order and to Strip Confidentiality Designations. *See In re Terraform Labs Pte. Ltd.*, Case No. 24-10070 (Bankr. D. Del.), ECF No. 1223 ("Motion to Clarify or Modify"). The Motion to Clarify or Modify asks the Bankruptcy Court to clarify whether the Protective Order prohibits Plaintiff from using in this litigation documents produced by certain Defendants in the Chapter 11 Case ("Jump Reproduced Documents"), and alternatively seeks modification of the Protective Order to authorize such use. Plaintiff also seeks to de-designate four documents as confidential under the Protective Order.

5. Concurrently with the Motion to Clarify or Modify, Plaintiff filed in the Chapter 11 Case a Motion to Shorten Notice and Objection Periods, seeking a hearing on Wednesday, June 3 and requesting that any objections be made at the hearing. *See In re Terraform Labs Pte. Ltd.*, Case No. 24-10070 (Bankr. D. Del.), ECF No. 1224 ("Motion to Shorten"). The entity Defendants filed a partial objection, agreeing that shortened notice is appropriate but requesting that the hearing be set for June 9, with written objections due June 8. *See In re Terraform Labs Pte. Ltd.*, Case No. 24-10070 (Bankr. D. Del.), ECF No. 1231.

6. On Monday, June 1, the Bankruptcy Court entered an order scheduling a hearing on the Motion to Clarify or Modify for June 9, with objections due by June 8. *See* Ex. 1, *In re*

*Terraform Labs Pte. Ltd.*, Case No. 24-10070 (Bankr. D. Del.), ECF No. 1237.

7. The Bankruptcy Court's ruling on the Motion to Clarify or Modify will inform whether and to what extent Plaintiff's Amended Complaint violates the Protective Order and thus may impact the content of the operative pleading in this case.

8. Because the Bankruptcy Court hearing is scheduled on June 9, 2026, and this Court's temporary stay expires on June 4, 2026, the parties respectfully request that the stay be extended until the Bankruptcy Court decides the Plaintiff's motion. Extending the stay will promote judicial efficiency and avoid unnecessary expenditure of the parties' and this Court's resources on motion practice directed at a pleading that may be materially altered.

WHEREFORE, the parties respectfully request that the Court extend the stay of this case until the Delaware Bankruptcy Court rules on Plaintiff's Motion to Clarify or Modify in the Chapter 11 Case, and that the Amended Complaint remain under seal pending such ruling.

Dated: June 3, 2026

Respectfully submitted,

/s/ Gary Feinerman
Gary Feinerman (ARDC No. 6206906)
Sean M. Berkowitz (ARDC No. 6209701)
Jack McNeily (ARDC No. 6332140)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767
Email: gary.feinerman@lw.com
      sean.berkowitz@lw.com
      jack.mcneily@lw.com

Christopher Harris (*pro hac vice*)
Elizabeth A. Morris (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: christopher.harris@lw.com
      elizabeth.morris@lw.com

Richard Frohlichstein (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: richard.frohlichstein@lw.com

*Attorneys for Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, Jump Financial, LLC, J Digital 6 Cayman Ltd., Jump Operations, LLC, Jump Capital LLC, JCDP-7 Digital Ltd., and Tai Mo Shan Limited*

/s/ Paul M. Krieger (with consent)
Paul M. Krieger (*pro hac vice*)
Rebecca S. Tinio (*pro hac vice*)
Jonathan F. Bolz (*pro hac vice*)
Benjamin W. Perotin (*pro hac vice*)
KKL LLP
350 Fifth Avenue, Suite 7710
New York, New York 10118

4

Telephone: (212) 390-9550
Paul.Krieger@KKLllp.com
Rebecca.Tinio@KKLllp.com
Jonathan.Bolz@KKLllp.com
Ben.Perotin@KKLllp.com

*Attorneys for Defendant William DiSomma*

*/s/ Casey J. McGushin (with consent)*
Michael F. Williams, P.C. (*pro hac vice*)
Judson D. Brown, P.C. (*pro hac vice*)
Caroline Milner (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
mwilliams@kirkland.com
jdbrown@kirkland.com
caroline.milner@kirkland.com

Casey J. McGushin (ARDC No. 6313465)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
casey.mcgushin@kirkland.com

Sara Shaw Tatum (*pro hac vice*)
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Telephone: (305) 432-5600
Facsimile: (305) 432-5601
sara.tatum@kirkland.com

*Attorneys for Plaintiff Todd R. Snyder, as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post Effective-Date Debtor, and the Wind Down Trust*

5