**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Todd R. Snyder

                              Plaintiff,

v.                                                              Case No.: 1:25−cv−15414
                                                                Honorable Joan H. Lefkow

Jump Trading, LLC, et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2026:

        MINUTE entry before the Honorable Joan H. Lefkow: The status hearing set for
6/17/2026 is stricken and reset to 7/29/2026 at 9:30 a.m. in courtroom 2201. Mailed notice
(ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.