# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Todd R. Snyder

                    Plaintiff,

v.

                                        Case No.: 1:25–cv–15414
                                        Honorable Joan H. Lefkow

Jump Trading, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Joint motion to modify briefing schedule [81] is granted. Defendants' motion to dismiss is due by 8/19/2026. Plaintiff's response is due by 10/7/2026. Defendants' reply is due by 11/6/2026. Previously allowed page limits remain the same. Status hearing date is stricken. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.