**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TODD R. SNYDER AS PLAN ADMINISTRATOR FOR THE TERRAFORM LABS PTE. LTD., ET AL., EACH POST-EFFECTIVE DATE DEBTOR, AND THE WIND DOWN TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS, LLC, TAI MO SHAN LIMITED, JUMP FINANCIAL, LLC, J DIGITAL 6 CAYMAN LTD., JCDP-7 DIGITAL LTD., JUMP OPERATIONS, LLC, JUMP CAPITAL, LLC, KANAV KARIYA, WILLIAM DISOMMA, AND XYZ COMPANIES 1-10,<br><br>Defendants. | Case No. 1:25-cv-15414<br><br>District Judge Joan H. Lefkow |

## UNOPPOSED MOTION TO UNSEAL THE AMENDED COMPLAINT

Plaintiff moves to unseal the Amended Complaint, Dkt. 55, which Defendants do not oppose. Plaintiff filed his Amended Complaint with redactions to provide Defendants an opportunity to move to seal. *See* Dkt. 54. The Court placed the Amended Complaint conditionally under seal, Dkt. 61, and subsequently extended the seal "until further order of the court," Dkt. 77. Defendants no longer oppose the public filing of the Amended Complaint without redactions. *See* Dkt. 81 ¶ 10. Accordingly, Plaintiff requests that the Court direct the Clerk to unseal the existing filing, Dkt. 55, or, in the alternative, grant Plaintiff leave to file an identical, unredacted copy of the Amended Complaint.

Dated: July 24, 2026

Respectfully submitted,

/s/ Casey J. McGushin
Michael F. Williams, P.C. (*pro hac vice*)
Judson Brown, P.C. (*pro hac vice*)
Caroline Milner (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
mwilliams@kirkland.com
jdbrown@kirkland.com
caroline.milner@kirkland.com

Casey J. McGushin (ARDC No. 6313465)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
casey.mcgushin@kirkland.com

Sara Shaw Tatum (*pro hac vice*)
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Telephone: (305) 432-5600
Facsimile: (305) 432-5601
sara.tatum@kirkland.com

*Attorneys for Plaintiff Todd R. Snyder, as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post Effective-Date Debtor, and the Wind Down Trust*