## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Todd R. Snyder

                   Plaintiff,

v.

Jump Trading, LLC, et al.

                   Defendant.

Case No.: 1:25–cv–15414
Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 27, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Unopposed motion to unseal document [83] is granted. The Clerk's office shall unseal the amended complaint [55]. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.