**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TODD R. SNYDER, as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post-Effective Date Debtor, and the Wind Down Trust,<br><br>Plaintiff,<br><br>v.<br><br>JUMP TRADING, LLC; JUMP CRYPTO HOLDINGS, LLC; TAI MO SHAN LTD.; JUMP FINANCIAL, LLC; J DIGITAL 6 CAYMAN LTD.; JCDP-7 DIGITAL LTD.; JUMP OPERATIONS, LLC; JUMP CAPITAL, LLC; KANAV KARIYA; WILLIAM DISOMMA; and XYZ COMPANIES 1-10,<br><br>Defendants. | Case No. 1:25-cv-15414<br><br>District Judge Joan H. Lefkow |

**DECLARATION OF CASEY J. MCGUSHIN IN SUPPORT OF MOTION FOR LEAVE TO SERVE THE SUMMONS AND AMENDED COMPLAINT ON DEFENDANT KANAV KARIYA BY ALTERNATIVE MEANS**

I, Casey J. McGushin, file this Declaration in support of Plaintiff's Motion for Leave to Serve the Summons and Amended Complaint on Defendant Kanav Kariya by Alternative Means, and state as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP ("Kirkland") and counsel for Plaintiff Todd R. Snyder, as Plan Administrator for the jointly administered estates of Terraform Labs Pte. Ltd. and Terraform Labs Limited and the Wind Down Trust (the "Plan Administrator" or "Plaintiff") in the above-captioned case. I am admitted to practice in the State of Illinois. I make this declaration on personal knowledge and on the record of this litigation.

2. On December 18, 2025, the Plan Administrator filed his initial complaint in this case, *see* Dkt. 1, and a summons for each defendant was issued the next day, *see* Dkt. 15.

3. The summons for Defendant Kanav Kariya was based on his last publicly-available address in Cook County, Illinois. *Id.*

4. Kirkland engaged a process server to attempt personal service at Kariya's last known address in Cook County.

5. On December 24, 2025, the process server reported back that, according to a doorman at Kariya's last known address in Cook County, Kariya had not lived at that address in approximately ten months and there was no forwarding address. His publicly-available LinkedIn profile lists his location as Mumbai, India.

6. Over the course of December 2025 and January 2026, my colleagues at Kirkland contacted Interfor International LLC ("Interfor"), a corporate intelligence and investigations firm, for assistance in locating Kariya. The details of Interfor's efforts to locate Kariya are detailed in the Declaration of Don Aviv.

7. By March 2026, Interfor still had not located Kariya.

8. On March 16, 2026, my partner and one of Plaintiff's attorneys, Marie Notter, contacted Kariya's counsel at Zuckerman Spaeder LLP and Croke Fairchild Duarte & Beres LLC, who represent Kariya in other cases related to the Terraform collapse. Counsel at Zuckerman Spaeder represent Kariya in three separate matters, including one pending in this Court: *Patterson v. Jump Trading LLC*, No. 5:22-cv-03600 (N.D. Cal. 2022); *Albright v. Terraform Labs, Pte. Ltd.*, No. 1:22-cv-07281 (S.D.N.Y. 2022); and *Kim v. Jump Trading, LLC*, No. 1:23-cv-02921 (N.D. Ill. 2023) (on appeal, No. 25-1964 (7th Cir. 2025)). Counsel at Croke Fairchild are listed as co-counsel for Kariya in the *Kim* matter pending in this Court. Ms. Notter asked those counsel if they

could provide a mailing or email address for Kariya or if they were willing to accept service of the complaint.

9. Approximately a week later, around March 23, one of Kariya's attorneys from Zuckerman Spaeder, Aitan Goelman, contacted another one of Plaintiff's attorneys, Michael Williams, regarding Kariya.

10. Ms. Notter sent Kariya's counsel a follow-up email on April 3, 2026. Mr. Goelman responded by stating: "I spoke with Mike Williams about this on March 23. As I told Mike, we aren't authorized to accept service, and Mr. Kariya does not live in the United States. We don't have additional information to provide."

11. Mr. Williams responded to ask if Mr. Goelman "could provide address information so that we could effect service in an orderly way." Neither Mr. Goelman nor any of Kariya's other counsel on the email chain have responded.

12. A true and correct copy of this email exchange with Mr. Goelman is attached hereto as **Exhibit 1**.

13. Meanwhile, Interfor has continued to try to locate Kariya but has been unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2026 in Chicago, Illinois.

Casey J. McGushin