# EXHIBIT 1

**From:** Williams, Michael F.
**Sent:** Friday, April 3, 2026 1:06 PM
**To:** *AGoelman@zuckerman.com
**Cc:** Notter, Marie; Nell Z Peyser; *mclark@zuckerman.com; *CMacColl@zuckerman.com; mfrisch@crokefairchild.com; Brown, Judson; McGushin, Casey
**Subject:** Re: Contact information for Kanav Kariya

Aitan — thanks for the message. During our call, I had asked whether you could provide address information so that we could effect service in an orderly way. Do you have an address for that?

**Michael F. Williams, P.C.**
-----------------------------------------------------
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave., NW, Washington, DC 20004
**T** +1 202 389 5123
**M** +1 703 203 5249
-----------------------------------------------------
michael.williams@kirkland.com

On Apr 3, 2026, at 10:58 AM, Goelman, Aitan <AGoelman@zuckerman.com> wrote:

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hi Marie,

I spoke with Mike Williams about this on March 23. As I told Mike, we aren't authorized to accept service, and Mr. Kariya does not live in the United States. We don't have additional information to provide.

Best,

Aitan

**From:** Notter, Marie <marie.notter@kirkland.com>
**Sent:** Friday, April 3, 2026 12:26 PM
**To:** Goelman, Aitan <AGoelman@zuckerman.com>; Peyser, Nell Z <NPeyser@zuckerman.com>; Clark, Miles <mclark@zuckerman.com>; MacColl, Christopher <CMacColl@zuckerman.com>; mfrisch@crokefairchild.com
**Cc:** Williams, Michael F. <mwilliams@kirkland.com>; Brown, Judson <jdbrown@kirkland.com>; McGushin, Casey <casey.mcgushin@kirkland.com>
**Subject:** RE: Contact information for Kanav Kariya

**EXTERNAL**

Counsel,

Following up on this. Can you please let us know if you can agree to accept service on behalf of Kanav Kariya or can pass along his contact information?

Best,
Marie

**Marie Notter**

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0059 **M** +1 512 676 1179
**F** +1 312 862 2200

marie.notter@kirkland.com

---

**From:** Notter, Marie
**Sent:** Monday, March 16, 2026 9:35 AM
**To:** *AGoelman@zuckerman.com <AGoelman@zuckerman.com>; 'npeyser@zuckerman.com' <npeyser@zuckerman.com>; *mclark@zuckerman.com <mclark@zuckerman.com>; *CMacColl@zuckerman.com <CMacColl@zuckerman.com>; 'mfrisch@crokefairchild.com' <mfrisch@crokefairchild.com>
**Cc:** Williams, Michael F. <mwilliams@kirkland.com>; Brown, Judson <jdbrown@kirkland.com>; McGushin, Casey <casey.mcgushin@kirkland.com>
**Subject:** Contact information for Kanav Kariya

Good morning,

We represent the estate of Terraform Labs in a lawsuit we recently filed in the Northern District of Illinois. The Complaint names Kanav Kariya as a defendant. We have been attempting to locate Mr. Kariya for some time, but it appears he has likely moved out of the country. We see that you represented Mr. Kariya in *Albright v. Terraform Labs* in the Southern District of New York and *Kim v. Jump Trading* in the Northern District of Illinois. We wanted to reach out to see if you were still in touch with Mr. Kariya and could pass along his mailing and email address.

If you intend to represent Mr. Kariya in our Northern District of Illinois case and are willing to accept service on his behalf, please let us know.

Best,
Marie

**Marie Notter**

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 0059 **M** +1 512 676 1179
**F** +1 312 862 2200

marie.notter@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its

affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.