**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TODD R. SNYDER, as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post-Effective Date Debtor, and the Wind Down Trust,<br><br>Plaintiff,<br><br>v.<br><br>JUMP TRADING, LLC; JUMP CRYPTO HOLDINGS, LLC; TAI MO SHAN LTD.; JUMP FINANCIAL, LLC; J DIGITAL 6 CAYMAN LTD.; JCDP-7 DIGITAL LTD.; JUMP OPERATIONS, LLC; JUMP CAPITAL, LLC; KANAV KARIYA; WILLIAM DISOMMA; and XYZ COMPANIES 1-10,<br><br>Defendants. | Case No. 1:25-cv-15414<br><br>District Judge Joan H. Lefkow |

**DECLARATION OF JUDSON BROWN**

I, Judson Brown, declare as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP and am admitted *pro hac vice* as counsel for Plaintiff Todd R. Snyder, as Plan Administrator for the jointly administered estates of Terraform Labs Pte. Ltd. and Terraform Labs Limited and the Wind Down Trust (the "Plan Administrator" or "Plaintiff") in the above-captioned case. I make this declaration on personal knowledge and on the record of this litigation.

2. On August 6, 2026, the Court granted Plaintiff's Motion for Leave to Serve the Summons and Amended Complaint on Defendant Kanav Kariya by Alternative Means. *See* Dkt. 86. Pursuant to the Court's Order, Plaintiff was ordered to serve Defendant Kanav Kariya

("Kariya") through his counsel in related litigation, attorneys from Zuckerman Spaeder LLP ("Zuckerman Spaeder"), via email. *Id.*; *see also* Dkt. 85.

3. The next day, on August 7, 2026, pursuant to the Court's Order, I emailed the Summons for Kariya, the Amended Complaint, and the Order authorizing leave for service via alternative means to Kariya's attorneys at Zuckerman Spaeder who represent Kariya in related litigation. *See* Ex. 1; *see also* Dkt. 85 at 2–4. A true and accurate copy of this email chain is attached hereto as **Exhibit 1**. I received no bounce backs after sending this email.

4. Later that day, Aitan Goelman responded and confirmed that my email had been "received." *See* Ex. 1.

5. As such, service on Kariya was completed by the court-ordered alternative means on August 7, 2026.

6. On August 11, 2026, I spoke with several attorneys at Zuckerman Spaeder who received my email, including Goelman and others, and they confirmed that they plan to represent Kariya in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2026 in Washington, DC.

*/s/ Judson Brown*

Judson Brown, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
jdbrown@kirkland.com

*Counsel for Plaintiff Todd R. Snyder, as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post-Effective Date Debtor, and the Wind Down Trust*