**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TODD R. SNYDER AS PLAN ADMINISTRATOR FOR THE TERRAFORM LABS PTE. LTD., ET AL., EACH POST-EFFECTIVE DATE DEBTOR, AND THE WIND DOWN TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS, LLC, TAI MO SHAN LIMITED, JUMP FINANCIAL, LLC, J DIGITAL 6 CAYMAN LTD., JCDP-7 DIGITAL LTD., JUMP OPERATIONS, LLC, JUMP CAPITAL, LLC, KANAV KARIYA, WILLIAM DISOMMA, AND XYZ COMPANIES 1-10,<br><br>Defendants. | Case No. 1:25-cv-15414<br><br>District Judge Joan H. Lefkow |

**EXHIBITS TO JUMP DEFENDANTS'**
**<u>MOTION TO DISMISS AMENDED COMPLAINT</u>**

| Exhibit | Description |
|---|---|
| 1. | Verdict filed in *SEC v. Terraform Labs Pte. Ltd.*, 1:23-cv-1346-JSR (S.D.N.Y. Apr. 5, 2024), Dkt. 229 |
| 2. | TMSL, Securities Act of 1933 Release No. 11349, SEC Administrative Proceeding File No. 3-22382 (Dec. 20, 2024) |
| 3. | Disclosure Statement for Amended Chapter 11 Plan of Liquidation of Terraform Labs Pte. Ltd. and Terraform Labs Limited filed in *In re Terraform Labs Pte. Ltd.*, No. 24-10070-BLS (Bankr. D. Del. Aug. 8, 2024), Dkt. 569 |
| 4. | Class Action Complaint for Violations of the Federal Securities Laws filed in *Patterson v. Terraform Labs, Pte. Ltd.*, 5:22-cv-3600-PCP (N.D. Cal. June 17, 2022), Dkt. 1 |
| 5. | Article by Alison Frankel entitled C*ollapse of Stablecoin TerraUSD Sparks Bold 'Scheme Liability' Sui*t, Reuters (June 21, 2022), available at |

| Exhibit | Description |
|---|---|
| | https://www.reuters.com/legal/transactional/collapse-stablecoin-terrausd-sparks-bold-scheme-liability-suit-2022-06-21/ |
| 6. | Notice of Motion and Motion of Shing Yiu Ng for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel; Memorandum of Points and Authorities filed in *Patterson v. Terraform Labs, Pte. Ltd.*, No. 5:22-cv-3600-PCP (N.D. Cal. Aug. 19, 2022), Dkt. 28 |
| 7. | Final Judgment Against Defendants Terraform Labs Pte Ltd. and Do Hyeong Kown filed in *SEC v. Terraform Labs Pte. Ltd*., No. 1:23-cv-1346-JSR (S.D.N.Y. June 12, 2024), Dkt. 273 |
| 8. | Article by Gains Associates entitled *Terraform Labs (LUNA) – Telegram AMA – March 15*, Medium (Apr. 18, 2021), https://medium.com/gains-associates/terraform-labs-luna-telegram-ama-march-15-7fbbcbd4f1f2 |
| 9. | CFTC & SEC, *Application of the Federal Securities Laws to Certain Types of Crypto Assets and Certain Transactions Involving Crypto Assets*, 91 Fed. Reg. 13714, 13721 (Mar. 23, 2026) |
| 10. | SEC Division of Corporation Finance, *Statement on Stablecoins* (Apr. 4, 2025), available at https://www.sec.gov/newsroom/speeches-statements/statement-stablecoins-040425 |
| 11. | Article by Peter Johnson & Shanav Mehta entitled *Stablecoins: The Impending Rise of a Multi-Trillion Dollar Market*, Jump Capital (Oct. 11, 2021) |
| 12. | X post by Kanav Kariya (@KanavKariya), X (Jan. 28, 2022), available at https://x.com/KanavKariya/status/1486930291927175170 |
| 13. | X post by Jump Crypto (@jump_), X (Feb. 22, 2022), available at https://x.com/jump_/status/1496184264530042885 |
| 14. | X post by Kanav Kariya (@KanavKariya), X (Apr. 7, 2022), available at https://x.com/KanavKariya/status/1512119136649941002 |
| 15. | SEC Office of Investor Education & Advocacy, Investor Bulletin, *Trading Basics*, https://www.sec.gov/investor/alerts/trading101basics.pdf |
| 16. | Complaint filed in *Snyder v. Jane St. Grp., LLC*, No. 1:26-cv-1504 (S.D.N.Y. Feb. 23, 2026), Dkt. 1 |
| 17. | JumpTrading, *Terra on-chain liquidity parameters*, Terra's Research Forum (Jan. 20, 2021), https://classic-agora.terra.money/t/terra-on-chain-liquidity-parameters/305 |

| **Exhibit** | **Description** |
|---|---|
| 18. | JumpTrading, *Liquidity Parameters – 2*, Terra's Research Forum (May 21, 2021), https://classic-agora.terra.money/t/liquidity-parameters-2/1175 |
| 19. | JumpTrading, *Liquidity Parameters – 3*, Terra's Research Forum (Jan. 29, 2022), https://classic-agora.terra.money/t/liquidity-parameters-3/3895 |
| 20. | Declaration of Chris Amani in Support of the Debtor's Chapter 11 Petition and First Day Relief filed in *In re Terraform Labs Pte. Ltd.*, No. 24-10070-BLS (Bankr. D. Del. Jan 30, 2024), Dkt. 18 |
| 21. | Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed in *In re Terraform Labs Pte. Ltd.*, No. 24-10070-BLS (Bankr. D. Del. Jul. 29, 2024), Dkt. 514 |
| 22. | Notice of Filing of Redacted Version of Amended and Consolidated Creditor Matrix filed in *In re Terraform Labs Pte. Ltd.*, No. 24-10070-BLS (Bankr. D. Del. Jul. 1, 2024), Dkt. 420 |
| 23. | Notice of Deadlines to File Proofs of Claim filed in *In re Terraform Labs Pte. Ltd.*, No. 24-10070-BLS (Bankr. D. Del. Jul. 9, 2024), Dkt. 444 |
| 24. | Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Chapter 11 Plan of Liquidation of Terraform Labs Pte. Ltd. and Terraform Limited filed in *In re Terraform Labs Pte. Ltd.*, No. 24-10070-BLS (Bankr. D. Del. Sept. 9, 2024), Dkt. 734 |
| 25. | Second Amended Chapter 11 Plan of Liquidation of Terraform Labs Pte. Ltd. and Terraform Labs Limited filed in *In re Terraform Labs Pte. Ltd.*, No. 24-10070-BLS (Bankr. D. Del. Sept. 18, 2024), Dkt. 717 |
| 26. | Reservation of Rights of Avalanche (BVI), Inc. to Motion of Debtor for Entry of Order Approving Implementation Steps in Compliance with TFL Consent and Final Judgment in SEC Enforcement Action filed in *In re Terraform Labs Pte. Ltd.*, No. 24-10070-BLS (Bankr. D. Del. Jul. 15, 2024), Dkt. 466 |
| 27. | *Bitcoin USD Price Historical Data*, Yahoo!Finance, available at https://finance.yahoo.com/quote/BTC-USD/history |
| 28. | *Historical Snapshot – 16 May 2022*, CoinMarketCap, available at https://coinmarketcap.com/historical/20220516/ |
| 29. | *TerraClassicUSD USD Historical Data*, Yahoo!Finance, available at https://finance.yahoo.com/quote/USTC-USD/history |

| Exhibit | Description |
|---|---|
| 30. | *Historical Snapshot – 11 May 2022*, CoinMarketCap, available at https://coinmarketcap.com/historical/20220511/ |