# EXHIBIT 5

PageVault

| | |
|---|---|
| Document title: | Collapse of stablecoin TerraUSD sparks bold 'scheme liability' suit \| Reuters |
| Capture URL: | https://www.reuters.com/legal/transactional/collapse-stablecoin-terrausd-sparks-bold-scheme-liability-suit-2022-06-21/ |
| Page loaded at (UTC): | Thu, 13 Aug 2026 19:35:36 GMT |
| Capture timestamp (UTC): | Thu, 13 Aug 2026 19:35:41 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 8 |
| Capture ID: | 6ynYX47YyS2bBUyL6zcXLs |
| Display Name: | Omar.Quervalu |




Exclusive news, data and analytics for financial market professionals LSEG

Reuters World Business Markets Sustainability Legal Commentary More My News Sign In Subscribe - $1/wk

COMMENTARY Transactional

# Collapse of stablecoin TerraUSD sparks bold 'scheme liability' suit



Alison Frankel

June 21, 2022 8:27 PM UTC · Updated June 21, 2022

Aa




Smartphone with Terra logo is placed on displayed U.S. dollars in this illustration taken May 11, 2022. REUTERS/Dado Ruvic Purchase Licensing Rights




Feedback

Related Documents

| | |
|---|---|
| Complaint | View |
| 2nd Circuit opinion | View |

(Reuters) - A new securities fraud class action by an investor in the collapsed stablecoin TerraUSD will test a novel theory of liability against six crypto venture capital firms that pledged to support Terra tokens in the months before they imploded.

Chicago investor Nick Patterson sued Terraform Labs Pte Ltd founder and CEO Do Kwon and California-based research head Nicholas Platias in federal court in San Francisco on Friday, alleging that they lured investors to buy digital assets in the so-called Terra ecosystem with false promises about guaranteed returns and algorithmic stability. Plaintiffs lawyers from Scott + Scott described Terra's pitch as a "siren song" luring even veteran crypto traders who subsequently lost tens of billions of dollars when the tokens collapsed.

song" luring even veteran crypto traders who subsequently lost tens of billions of dollars when the tokens collapsed.

Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

Advertisement · Scroll to continue




Part of the attraction for stablecoin buyers, according to the complaint, was the backing of six venture capital firms that banded together in February as the Luna Foundation Guard "to support and fund the Terra ecosystem," including the creation of a billion-dollar reserve pool to serve as collateral for Terra tokens. The complaint alleges that the venture capital firms, including Jump Trading LLC, Tribe Capital and Three Arrows Capital Pte Ltd, knowingly passed along fraudulent information to Terra investors.

That's an intriguing assertion. It's not easy, as you know, to extend securities fraud liability beyond the issuers and underwriters that backed offerings. But plaintiffs' lawyers Sean Masson of Scott + Scott told me the venture capital firms named as defendants in the new Terraform complaint were "agents of Terraform, acting on Terraform's behalf."

Advertisement · Scroll to continue

Executives from some of the firms, Masson said, made public statements touting Terra tokens and the billion-dollar reserve established by the Luna Foundation Guard. "We believe they are prime culpable parties," Masson said.

I reached out by email or Twitter to Terraform, the Luna Foundation Guard and all six of the venture firms named as defendants. None got back to me.

The key to investors' federal securities law claims against the venture capital firms is the U.S. Supreme Court's 2019 ruling in Lorenzo v. Securities and Exchange Commission. In that case, as I've reported, the Supreme Court held that investment banker Francis Lorenzo participated in a fraudulent securities

The key to investors' federal securities law claims against the venture capital firms is the U.S. Supreme Court's 2019 ruling in Lorenzo v. Securities and Exchange Commission. In that case, as I've reported, the Supreme Court held that investment banker Francis Lorenzo participated in a fraudulent securities scheme when he knowingly emailed false information about a client's debt offering to potential investors. The Lorenzo ruling launched a bevy of law firm client alerts about the expansion of "scheme liability" under the Securities and Exchange Act. And although shareholder lawyers told me at the time that the ruling wouldn't have a big impact on private securities fraud cases, Lorenzo has occasionally popped up in investor class actions.




The new Terra complaint is one of the most ambitious assertions of scheme liability since the Supreme Court issued the Lorenzo decision, said plaintiffs lawyer Kyle Roche of Roche Freedman, who is co-counsel in a recently filed class action accusing the crypto trading platform Binance of violating U.S. securities laws by facilitating the sale of Terra tokens. The new class action, Roche said, also marks the first time that investors have alleged scheme liability against defendants that did not sell digital assets but actively promoted tokens.

If investors' scheme liability theory pans out in the Terraform class action, crypto traders who believe they were defrauded will be able to bring claims against an expanded array of defendants for allegedly helping token issuers deceive the market. The new Terra complaint, moreover, asserts that all of the defendants engaged in a racketeering conspiracy to hoodwink investors. RICO claims, as you know, carry treble damages — so if token buyers can tag the venture capital firms with securities fraud as a predicate for racketeering claims, that's powerful leverage.

Advertisement · Scroll to continue

But that's still a very big if. As a threshold question, plaintiffs will have to show that Terra tokens were, in fact, securities. Terraform Labs did not register any of the digital assets as securities, nor is the Seoul-based company registered with the SEC as a broker-dealer. (The class action, in fact, asserts claims for the sale of unregistered securities.) The SEC has asserted in an array of enforcement actions that digital assets

But that's still a very big if. As a threshold question, plaintiffs will have to show that Terra tokens were, in fact, securities. Terraform Labs did not register any of the digital assets as securities, nor is the Seoul-based company registered with the SEC as a broker-dealer. (The class action, in fact, asserts claims for the sale of unregistered securities.) The SEC has asserted in an array of enforcement actions that digital assets other than Bitcoin and Ether are securities, but you can be sure the Terra defendants will argue otherwise.

Several of the defendants, including Terraform Labs, Terraform CEO Kwon and several of the venture capital firms, are not based in the U.S. and are likely to contest the jurisdiction of California federal courts. The complaint devotes considerable attention to establishing California's interest in hearing the case. It's also notable, said Masson of Scott + Scott, that the 2nd U.S. Circuit Court of Appeals ruled just a couple of weeks ago, in Terraform's challenge to SEC investigative subpoenas, that the company and Kwon are subject to the jurisdiction of U.S. courts. The 2nd Circuit concluded that although Terraform and Kwon are not U.S. entities, they "purposefully availed themselves of the U.S. by promoting the digital assets at issue in the SEC's investigation to U.S.-based consumers and investors."

Even if investors prevail on California's jurisdiction, they face an additional obstacle of establishing that Terra token trading took place within U.S. borders.

I've been telling you for a while that the Supreme Court's 2010 ruling in Morrison v. National Australia Bank Ltd, which held that federal securities laws generally don't apply beyond U.S. borders, has been a boon for crypto defendants based in foreign countries. There's no doubt that Terraform will claim that its digital assets were not bought and sold in domestic transactions so it cannot be liable under U.S. securities laws.

Investors are anticipating that defense, Masson said, but he added, "We believe that the allegations in the complaint are sufficient to withstand a Morrison challenge."

To be clear, Terra stablecoin investors have a long, long way to go. Friday's complaint will probably be amended after U.S. District Judge James Donato of San Francisco picks a lead plaintiff. Defendants will then move for dismissal.

I'll be watching with interest. Crypto companies like to emphasize decentralization. The conspiracy allegations in this case posit exactly the opposite.

Read more:

New Binance class action likely clears one hurdle but faces plenty of others

Collapsed stablecoin TerraUSD announces recovery plan as token flounders

Will Supreme Court's Lorenzo ruling spur shareholder class actions?

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics: Transactional | Capital Markets | Class Actions & Multi-district Litigation

Opinions expressed are those of the author. They do not reflect the views of Reuters News, which, under the Trust Principles, is committed to integrity, independence, and freedom from bias.

Purchase Licensing Rights



**Alison Frankel**
Thomson Reuters

Alison Frankel has covered high-stakes commercial litigation as a columnist for Reuters since 2011. A Dartmouth college graduate, she has worked as a journalist in New York covering the legal industry and the law for more than three decades. Before joining Reuters, she was a writer and editor at The American Lawyer. Frankel is the author of Double Eagle: The Epic Story of the World's Most Valuable Coin.

## Read Next / Editor's Picks



Reuters Plus
Banking's generational AI moment
Sponsored by FIS Global

Feedback


Government
**Trump administration finalizes ownership reporting exemption for US firms**


Government
**NYC Council probes Polymarket over alleged predatory marketing practices**


Government
**Brazilian police accuse Goldman executives of fraud over Oncoclinicas tender offer**


Transactional
**Paramount sa sale 'on the ta resolve Califo over Warner E**

generational AI moment
Sponsored by FIS Global




## Sponsored Content

Dianomi Advertise Here


BZ
**Invest In Rental Homes From $100 (Seriously)**
Join 385,000+ Investors Earning Rental Income Nationwide. No Mortgage. No Tenants. No Landlord Duties. No Accreditation. Backed By Jeff Bezos, and Open To Everyone. Get Started with Just $100 Today.
LEARN MORE


11 Dumb Mistakes The Middle-Class Can't Afford Right Now in California .
Sponsored by FinanceBuzz


Motley Fool Issues First-Ever 9X Buy Alert
Sponsored by The Motley Fool

## Sponsored Content

Dianomi Advertise Here

Man Who Called Nvidia at $1.10 Says: 'Brace for an Epic Price Crash
Sponsored by The Oxford Club


Leverage a powerful platform designed for self-directed traders.
Sponsored by TradeStation


Motley Fool Issues Rare "Home Run" Buy Alert
Sponsored by The Motley Fool


11 Dumb Mistakes The Middle-Class Can't Afford Right Now in California .
Sponsored by FinanceBuzz


Discover How to Qualify for Portuguese Citizenship by Investment
Sponsored by Citizenship Bay


How to Create Steady Income With Retirement Savings - Unlock the Guide
Sponsored by Edelman Financial Engines


## Sponsored Content

Dianomi Advertise Here


Fetchapro
Seniors Are Getting Bathroom Upgrades If They Own A Home In These Zips


Citizenship Bay
Make Portugal Your Family's Future from €500,000. Book a Call Today


Edelman Financial Engines
5 Strategies to Help Optimize Retirement Income - Get the Guide

Feedback

Fetchapro
Seniors Are Getting Bathroom Upgrades If They Own A Home In These Zips

Citizenship Bay
Make Portugal Your Family's Future from €500,000. Book a Call Today.

Edelman Financial Engines
5 Strategies to Help Optimize Retirement Income - Get the Guide

TradeStation
Leverage TradeStation's platform designed for self-directed traders.


SmartAsset
Which Fee-Only Financial Advisor Firms Ranked Highest in 2026?


SavingsAccounts.com
CD Rates That Can't be Ignored


FinanceBuzz
19 Things to Cut When Money Gets Tight (Most People Ignore #11).


ICE
Workflow expertise meets mortgage technology innovation


BeenVerified
Over $70B in Unclaimed Funds Remains Unclaimed




Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.



LSEG Products

**Workspace**
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Data Catalogue**
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**World-Check**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

They Own A Home In These Zips

€500,000. Book a Call Today.

Income - Get the Guide

TradeStation
Leverage TradeStation's platform designed for self-directed traders.

SmartAsset
Which Fee-Only Financial Advisor Firms Ranked Highest in 2026?

SavingsAccounts.com
CD Rates That Can't be Ignored

FinanceBuzz
19 Things to Cut When Money Gets Tight (Most People Ignore #11).

ICE
Workflow expertise meets mortgage technology innovation

BeenVerified
Over $70B in Unclaimed Funds Remains Unclaimed




Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.



All quotes delayed a minimum of 15 minutes. See here for a list of exchanges and delays.

© 2026 Reuters. All rights reserved