# EXHIBIT 12

PageVault

| | |
|---|---|
| Document title: | Kanav Kariya on X: "There's a lot of confusion and panic on the MIM and UST today. Hoping this thread can provide a clear unemotional take on the situation ☐ 1/" / X |
| Capture URL: | https://x.com/KanavKariya/status/1486930291927175170 |
| Page loaded at (UTC): | Thu, 13 Aug 2026 19:57:56 GMT |
| Capture timestamp (UTC): | Thu, 13 Aug 2026 19:58:00 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 10 |
| Capture ID: | 3rrFYKmFZWU2t46rGaMekb |
| Display Name: | Omar.Quervalu |

Post

**Kanav Kariya** @KanavKariya

There's a lot of confusion and panic on the MIM and UST today. Hoping this thread can provide a clear unemotional take on the situation

🧵

1/

5:13 AM · Jan 28, 2022

59 520 2.1K 586

Relevant View quotes

Post your reply Reply

**Kanav Kariya** @KanavKariya · Jan 28, 2022
As a recap - degenbox allows you to lever up on Anchor yields by borrowing MIM against aUST, selling the MIM for UST, borrowing more MIM against the new aUST, repeat...

You end up with a long UST, short MIM position earning 100%+ APY via Anchor

2/

3 10 179

**Kanav Kariya** @KanavKariya · Jan 28, 2022
Now if MIM peg falls under stress, there becomes an attractive opportunity for degenbox participants to cover their MIM shorts at a discount and unwind the position. So degebox unwinders effectively end up with UST instead of MIM

3/

1 1 127

**Kanav Kariya** @KanavKariya · Jan 28, 2022
They end up putting upward pressure on MIM during this process, pushing it closer back up to peg and making it less attractive for the next degenbox participant to unwind this position back to UST

4/

1 2 120

**Kanav Kariya** @KanavKariya · Jan 28, 2022
Let's talk about the MIM peg - Overcollateralized stablecoins that use the CDP model don't have any incentives for market participants outside of the borrowers to purchase the stablecoin at a discount

5/

2 1 106

**Kanav Kariya** @KanavKariya · Jan 28, 2022
In the MIM case, the borrowers looking to close 1%-2% arbs would be giving up their 100%+ APY yield to unwind the position, so we 'could' see a a continued MIM depegging for a bit until it becomes an attractive enough opportunity. Certain game theoretic element to this

6/

3 5 115

**Kanav Kariya** @KanavKariya · Jan 28, 2022
Unless it turns out that Sifu ran away with the money, seems tough to imagine mercenary capital continuing to take a hit for ideological concerns around the project. Demand for levered Anchor yield

**PSS Examiner** @ExaminerPss

Search

## Relevant people

**Kanav Kariya** @KanavKariya Follow
Prev - President @Jump_

## What's happening

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

PSS Examiner
@ExaminerPss

← Post

Search

3 · 5 · 115

**Kanav Kariya** @KanavKariya · Jan 28, 2022
Unless it turns out that Sifu ran away with the money, seems tough to imagine mercenary capital continuing to take a hit for ideological concerns around the project. Demand for levered Anchor yield hasn't gone away and quality of collateral in the MIM cauldrons hasn't changed

7/

1 · 5 · 134

**Kanav Kariya** @KanavKariya · Jan 28, 2022
It's difficult to imagine a sustained mass exodus to UST given the circumstances. In the event it occurs, there is potential for UST to be sold/burned and provide some downward pressure on Luna price. Worth noting that the UST supply is >$11B and UST in Abracadabra is ~$900M

8/

4 · 6 · 131

**Kanav Kariya** @KanavKariya · Jan 28, 2022
A $450M contraction of the economy (assuming a highly conservative 50% don't find the UST useful anymore) should be manageable over a couple days and not impactful to prospects of the project. Crazily enough, on this 'bearish' day, there has been a net burn of LUNA

9/

3 · 6 · 151

**Kanav Kariya** @KanavKariya · Jan 28, 2022
For full disclosure - Both, Jump and I personally, haven't participated in the Abracadabra protocol, and have no current exposure to MIM. We do hold positions in LUNA and UST. This is not meant to be a judgement on the moral character or actions of involved parties

10/

1 · 6 · 164

**Kanav Kariya** @KanavKariya · Jan 28, 2022
The primary reason I wrote this is to understand what I got wrong. Please fire away

11/

17 · 3 · 231

**Rational Aussie** @rationalaussie · Jan 28, 2022
Good thread.

For those wanting the lite version of this, here's my take on what catalysed it all:

> **Rational Aussie** @rationalaussie · Jan 27, 2022
> "Do you make the same mistakes you did in the past?" Asked Frogman's partner to Pumpy.
>
> "Well, I do keep buying completely illiquid, worthless NFTs off the floor every time an influencer shills one, so yes."



**Relevant people**

**Kanav Kariya** @KanavKariya
Follow
Prev - President @Jump_

**What's happening**

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.



**Man With 20 Year History of Scamming Definitely Not Going to Scam Again When Given Access to 9 Figure Treasury and People Who Believe in Talking Frogs**

2 · 2 · 59

**Galois Kevin** @Galois_Capital · Jan 28, 2022
I agree with most of your conclusions but I would also add that analysis of Anchor is important not just for Degenbox unwinding but also for the rest of the UST in the supply in Anchor.

> **Galois Kevin** @Galois_Capital · Jan 28, 2022
> 1/ Consider the following game. TIME has been dropping for reasons we all know. TIME can be staked for MEMO which can be wrapped for WMEMO. It can also be bonded/minted for MIM and some LP tokens from AMM pools with MIM as one of the assets.

3 · 36

**18 Decimals** @Linklevosstwins · Jan 28, 2022
Bro.. you wrote all this? Lmfao.. this is a narrative driven P&D market.. no one cares anymore.. zero staying power here or in 99%.. yesterdays news

1 · 14

**Danger** @safetyth1rd · Jan 28, 2022
me and my team @todayindefi looked into this and pretty much same conclusions

12

**Kanav's Intern** 🔥💃 @kanavsintern_ · Jan 28, 2022
me rn




1 · 5

**Dirac** @0110dir · Jan 28, 2022
my understanding has been that a UST de-peg poses a risk to the degenbox strategy that ultimately affects UST peg more; very strange that anyone is concerned about MIM's affect on UST bc you need the extra assumption that MIM holders aren't willing to hold UST (no evidence afaik)

3

**Scott Shapiro** 🛡 **shapiro....** @scottsha... · Jan 28, 2022
Avg leverage in the ust cauldron leads to much less than 100% apy



Search

Relevant people
**Kanav Kariya** @KanavKariya Follow
Prev - President @Jump_

What's happening
**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X
Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

PSS Examiner
@ExaminerPss

Post

UST (no evidence afaik)

3

**Scott Shapiro** **shapiro....** @scottsha... · Jan 28, 2022
Avg leverage in the ust cauldron leads to much less than 100% apy given how borrowers have set their liquidation prices

1

**Odette** @GMM_estimator · Jan 28, 2022
@threadreaderapp unroll

1 1

**xulian.hl** @xulian_hl · Jan 28, 2022
Well broken down sir.

**Juve** @notjuve · Jan 28, 2022
@threadreaderapp unroll

1

**turbtrades** @turbtrades · Jan 28, 2022
People aren't confused about the fundamentals, people have lost trust. It's going to take time to build that back.

2 17

**I stay wit da ZK** @ProofOfZk · Jan 28, 2022
This is correct. However you should note that the Abra cauldron currently has no UST (it must be bridged over from Terra) so you cannot unwind your position without purchasing the full amount of MIM in order to repay your debt. And your collateral is still in the cauldron.

1 10

**gun.eth** @gun_eth · Jan 28, 2022
TL:DR:

They're both trash




1 7

**TheLawyer.klima - 0xLegal.eth** @0xLegal · Jan 28, 2022
"a lot of confusion"




Search

## Relevant people

**Kanav Kariya** @KanavKariya
Follow
Prev - President @Jump_

## What's happening

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Post

Search

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- History
- Creator Studio
- Premium
- Profile
- More

Post




1 5

**SD16** @SidhantD16 · Jan 28, 2022
I stopped reading at the "100% APY" point. How much $$ to continue shilling this?

1 3

**Jr32603** @jr32603 · Jan 28, 2022
Don't shoot the messenger but this is what's going around. Seems like a lot of people have contacted the department of justice, interpol and the FBI. Protocols are getting away from Dani and his team. There was also an article on Bloomberg that's getting national attention.

1 1 1

**CryptoWoj** @CryptoWoj · Jan 28, 2022
You lost me at "🧻"

2 3

**TikiTorture** @_TikiTorture · Jan 28, 2022
It's only a 1-2% arb assuming degenbox participants are using zero leverage which is highly unlikely. They're probably using average 5x leverage which turns that into a 5-10% arb.

3

**Green Vibes Only** @GreenVibesOnly · Jan 28, 2022




2

**bearded tooth fungus** @BeardedTooth · Jan 28, 2022
From my understanding, UST in Abra is closer to around 1.3B btw.

Also since when does Jump not have exposure to Luna and UST?

1

**turco** @turco17254373 · Jan 28, 2022
whats going on?? UST losing value 0,993 nowwwwwww

1

**Kevin Roark** @WonderlandKev · Jan 28, 2022
x.com/SUNINVTOKEN/st...

**PSS Examiner** @ExaminerPss

## Relevant people

**Kanav Kariya** @KanavKariya
Follow
Prev - President @Jump_

## What's happening

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

PSS Examiner @ExaminerPss

Post

1

**Kevin Roark** @WonderlandKev · Jan 28, 2022
x.com/SUNINVTOKEN/st...

1

**Martin** @Martin18442224 · Jan 28, 2022
Levering up to create a perpetual money machine that magically showers you in cash? Yeah, that's a pipe dream. If you're generating high yields, you are taking high risks, regardless of whether or not you realize it. This is how noobs always get themselves killed.

1 1

**Jack Morning** @Jackson_Morning · Jan 28, 2022
Frogs it's time to restore Daniele's trust now! Who among us has never made mistakes of lightness. All of us have consciously chosen to participate in this project and each person must take their responsibilities.

1

**Supaman** @CryptoManic33 · Jan 28, 2022
@adamscochran needs to read this instead of writing how reduced spell earnings will affect APY and lead to worthless UST staking 😂

1

**Drajan Arcab** 🌊📘 @DrajanDropbox · Jan 28, 2022
Not like you would be biased at all towards Luna and UST Eh? I think you're praying this won't collapse for your own bags sake.

1

**Omar** @TheAghaSays · Jan 28, 2022
Werent you the guy that nicked all the money ?

**gun.eth** @gun_eth · Jan 28, 2022



**Romit Mehta** @romitme · Jan 28, 2022
Good thread

**Essex** @btc_essex · Jan 28, 2022
Remember to add scam, frauder from decades ago michael patryn co founder of quadrigacx that got away with people's 160mil

Search

**Relevant people**

**Kanav Kariya** @KanavKariya
Prev - President @Jump_
Follow

**What's happening**

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post
PSS Examiner
@ExaminerPss

Post

Good thread

**Essex** @btc_essex · Jan 28, 2022
Remember to add scam, frauder from decades ago michael patryn co-founder of quadrigacx that got away with people's 160mil

**Jr32603** @jr32603 · Jan 28, 2022
x.com/thenopescalper…

**Rob moya** @leahcornel3 · Jan 28, 2022
hoping for better days for that mate! if that's the case why don't y'all take some peek on this @SpaceMetaverse is a virtual world that merges real and virtual realities in real time, and it's on its way to becoming a powerful platform.

**KevTalksMarkets** @KevTalksMarkets · May 10, 2022
@threadreaderapp unroll
1

**Christine Seale** @christineseale0 · Jan 29, 2022
I pulled out 3 days ago had a feeling this was going to happen

**Idanpepe** @Idan35366959 · Jan 28, 2022
ya no one cares just give our money beck

**Gerry Buckley** 🇦🇺 @GerryBuckley_ · Jan 28, 2022
@CEOofETH

**Francky Baby** @francky_baby · Jan 28, 2022
Great thread. Tx

**Zerve** @Captain_C2 · Jan 28, 2022
It's all going to $0

**DEChefDonut.NYAN**🔫😈 @DeChefDonut · Jan 30, 2022
@threadreaderapp unroll
2

**Knockdown_sailing** @DrFerenczy · Jan 28, 2022
At least Spell is rocketing 💩

**spades** @jase0fspades · Jan 28, 2022
I wish o knew what the fuck all that means

**chris salter** @chrissa96121848 · Jan 28, 2022
Dani is David Peterson 2.0. Wake Up!!!! It's a PONZI

**Higgs** 🐣**165** @chubbicorn_ham · Jan 29, 2022
@ChubbiAnalyst

**Rescue RAIder** @RaidersRescue · Jan 28, 2022
Use of the word "unemotional" is a bit dangerous here. I understand

Search

## Relevant people

**Kanav Kariya** @KanavKariya Follow
Prev - President @Jump_

## What's happening

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Post

@ChubbiAnalyst

**Rescue RAIder** @RaidersRescue · Jan 28, 2022
Use of the word "unemotional" is a bit dangerous here. I understand that best traders cut "emotions"(hence success of bots) but we are talking AML i.e crime potentially. Is it really OK to label people reactions towards those events as "emotions", or the whole thing as a "drama"?

**Lex__legis** @Lexlegis5 · Jan 28, 2022
There is no pacin on $UST

**Clare Mackenzie** @SillymumClare · Jan 28, 2022
@threadreaderapp unroll please
2

**SUMERA BUSINESS** @summoustapha · Jan 28, 2022
@rattibha
1

**Mary Teas** @MaryTeas21 · Jan 28, 2022
Why not try to visit @spacemetaverse? Imagine to start earning money early. No initial investment is required. Only pay when you're successful.

#metaverse #NFT #Success
1 1

**ChrisoFeigs** @ChrisF78 · Jan 28, 2022
fake Sifu / Omar Twitter account??

fake Omar / Sifu account?
x.com/Omar_dhanani?t...

Show probable spam

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More
Post

PSS Examiner
@ExaminerPss

Search

Relevant people
Kanav Kariya @KanavKariya Follow
Prev - President @Jump_

What's happening
Where the Hype Begins
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL
Sports · Trending
#CodyBus
Trending in United States
Under the Hood
Politics · Trending
USS George Washington
Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

Post

Search

Home

Explore

Notifications

Follow

Chat

Grok

History

Creator Studio

Premium

Profile

More

Post

Show probable spam

PSS Examiner
@ExaminerPss

**Relevant people**

**Kanav Kariya**
@KanavKariya
Prev - President @Jump_

Follow

**What's happening**

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.