# EXHIBIT 13

PageVault

| | |
|---|---|
| Document title: | Jump Crypto ☐ ☐ ☐ on X: "1/5 We're happy to announce that we are leading the Luna Foundation Guard's $1B token sale that establishes a $UST forex reserve denominated in #bitcoin The UST Forex Reserve (Automated Market Reserve) backstops the UST peg in times of severe volatility" / X |
| Capture URL: | https://x.com/jump_/status/1496184264530042885 |
| Page loaded at (UTC): | Thu, 13 Aug 2026 20:00:52 GMT |
| Capture timestamp (UTC): | Thu, 13 Aug 2026 20:00:53 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 4 |
| Capture ID: | d3p84fit4pBEVTnaQQDetJ |
| Display Name: | Omar.Quervalu |

Post

**Jump Crypto** @jump_

1/5 We're happy to announce that we are leading the Luna Foundation Guard's $1B token sale that establishes a $UST forex reserve denominated in #bitcoin

The UST Forex Reserve (Automated Market Reserve) backstops the UST peg in times of severe volatility

6:05 PM · Feb 22, 2022

15 88 540 21

Relevant View quotes

Post your reply Reply

**Jump Crypto** @jump_ · Feb 22, 2022
2/5 The AMR will be capitalized in bitcoin w/ plans to expand to other non-correlated assets in the future

This will allow users to redeem UST against the AMR assets to help maintain the peg and close arbitrage opportunities

2 1 40

**Jump Crypto** @jump_ · Feb 22, 2022
3/5 As @KariyaKanav has mentioned, the UST Forex Reserve will strengthen confidence in the peg

Giving users confidence by following central banks that hold a variety of foreign currencies to protect against severe market risks

1 1 36

**Jump Crypto** @jump_ · Feb 22, 2022
4/5 The $UST Forex Reserve relieves pressure that comes from redemptions of UST for LUNA when demand shrinks during severe economic conditions

The AMR uses its reserves to absorb the demand and arbitrage that exists when UST is trading below its peg

2 1 30

**Jump Crypto** @jump_ · Feb 22, 2022
5/5 The $1B token sale will allow the LFG to capitalize its UST Forex Reserves

With buyers locking up the $LUNA purchased over a four year vesting period

4 1 54

**Dave (Frying pan maxima...** @Dave2501... · May 16, 2022
How'd that work out for ya? #bitcoin only fools.

2

**Herbdragon** @HerbdragonV2 · Feb 22, 2022
So has the BTC already been bought or not yet?

1

**LogicStartsHere** @LogicStarts · Feb 23, 2022
This is awesome news! Shows there are a lot of smart people backing Terra $Luna and $UST

2 1

**henry** @henrycoo0 · Feb 23, 2022
Is there trx info for public verification?

**PSS Examiner** @ExaminerPss

Search

## Relevant people

**Jump Crypto** @jump_ Follow
We're builders, partners, and traders, inspired by the possibilities of open, trustless, and composable environments.

## What's happening

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

PSS Examiner @ExaminerPss

Post

**henry** @henrycoo0 · Feb 23, 2022
Is there trx info for public verification?

**neo** @neo_meta2 · May 13, 2022
Where are you now? Why you take no accountability to plumb this back and let people exit? If you can skyrocket the growth in artificial rate and expect moonshot returns, why you don't have the guts and moral to save the sinking ship and counterattack? @zhusu @SBF_FTX

2

Show probable spam

Search

**Relevant people**

**Jump Crypto** @jump_ Follow
We're builders, partners, and traders, inspired by the possibilities of open, trustless, and composable environments.

**What's happening**

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

← Post

Search

Show probable spam

**Relevant people**

**Jump Crypto** 🔥💃
@jump_
Follow
We're builders, partners, and traders, inspired by the possibilities of open, trustless, and composable environments.

**What's happening**

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

**PSS Examiner**
@ExaminerPss