# EXHIBIT 14

Page Vault

| | |
|---|---|
| Document title: | Kanav Kariya on X: "Alignment across ecosystems and a commitment to a multi chain future UST centric DeFi ecosystem, cross pollination of culture with gaming subnet, AVAX as a high quality reserve asset in the LFG. Win, win, win" / X |
| Capture URL: | https://x.com/KanavKariya/status/1512119136649941002 |
| Page loaded at (UTC): | Thu, 13 Aug 2026 20:02:10 GMT |
| Capture timestamp (UTC): | Thu, 13 Aug 2026 20:02:15 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 4 |
| Capture ID: | x1yYYqFQML1hTGHa1kyN27 |
| Display Name: | Omar.Quervalu |

X

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

← Post

**Kanav Kariya** @KanavKariya

Alignment across ecosystems and a commitment to a multi chain future

UST centric DeFi ecosystem, cross pollination of culture with gaming subnet, AVAX as a high quality reserve asset in the LFG. Win, win, win

> **LFG | Luna Foundation Guard** @LFG_org · Apr 7, 2022
> Welcoming $AVAX as the second major layer one crypto asset next to $BTC as part of the $UST Reserve.
>
> The inclusion of @avalancheavax's native token marks the start of a diverse pool of layer one crypto assets helping support the $UST peg...

5:24 PM · Apr 7, 2022

10 · 75 · 485 · 8

Relevant · View quotes ›

Post your reply · Reply

**Kanav Kariya** @KanavKariya · Apr 7, 2022
And it flows over @wormholecrypto :')
2 · 1 · 42

**Planet** @planet_finance · Apr 7, 2022
Wormhole is the way...
2

**𝙀 𝙎 𝙆 𝙀 𝙀 𝙀 𝙏 𝙄 𝘾 𝙎** @eskeeetics · Apr 7, 2022
Pls stop shilling luna before the whole ship goes down with it thx
1

**Marf** @Marf68896203 · Apr 7, 2022
LFG pumping @jump_ bags.... just that.
1

**wsbcrypto.rekt** @WSBCryptoDiv · Apr 8, 2022
Def great to see partnerships in the Defi Space. There is room for everyone and a lot of growth opportunities. Excited about this partnership!!!

**Peter M** @pmacaverse · Apr 8, 2022
profound.

the notion - by many big accounts & vc's - not so long ago that a multi chain future was bs seems rather cynical atm

**another crypto scam** @thistimeizdiff · Apr 8, 2022




Search

## Relevant people

**Kanav Kariya** @KanavKariya · Follow
Prev - President @Jump_

**LFG | Luna Fou...** @LFG_org · Follow
The Luna Foundation Guard (LFG) is dedicated to economic sovereignty, security, and open-source software that helps build a truly decentralized economy.

## What's happening

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

**PSS Examiner** @ExaminerPss

Post

Search

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

creativity and determination they're willing to expend in order to get what they want.

**Jeff** @billionxdev · Apr 12, 2022
x.com/qwertzxc147896...

please give some feedback on my tweets about Subnets

> **Jeff** @billionxdev · Apr 12, 2022
> My 100-day defi-twitter challenge Day 2
>
> L1 fundamentals - Avalanche 101 & Subnets
>
> Here is a thread 🧵:

Show probable spam

## Relevant people

**Kanav Kariya** @KanavKariya
Prev - President @Jump_
Follow

**LFG | Luna Fou...** @LFG_org
The Luna Foundation Guard (LFG) is dedicated to economic sovereignty, security, and open-source software that helps build a truly decentralized economy.
Follow

## What's happening

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.

**PSS Examiner**
@ExaminerPss

Post

Show probable spam

Home
Explore
Notifications
Follow
Chat
Grok
History
Creator Studio
Premium
Profile
More

Post

**PSS Examiner**
@ExaminerPss

Search

**Relevant people**

**Kanav Kariya**
@KanavKariya
Follow
Prev - President @Jump_

**LFG | Luna Fou...**
@LFG_org
Follow
The Luna Foundation Guard (LFG) is dedicated to economic sovereignty, security, and open-source software that helps build a truly decentralized economy.

**What's happening**

**Where the Hype Begins**
Watch LIVE out-of-market preseason games with NFL+. Subscription Req'd
Promoted by NFL

Sports · Trending
**#CodyBus**

Trending in United States
**Under the Hood**

Politics · Trending
**USS George Washington**

Show more

Terms · Privacy · Cookies · Accessibility · US TIDA · Ads Info · More ··· © 2026 X Corp.