# EXHIBIT 22

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **TERRAFORM LABS PTE. LTD., *et al.*,** | : | **Case No. 24–10070 (BLS)** |
| **Debtors.**[1] | : | **(Joint Administration to be Requested)** |
| | : | **Re: Docket Nos. 2 & 3** |

**NOTICE OF FILING OF REDACTED VERSION OF**
**<u>AMENDED AND CONSOLIDATED CREDITOR MATRIX</u>**

1. On January 21, 2024, Terraform Labs Pte. Ltd. ("**TFL**"), as debtor and debtor in possession in the above-captioned chapter 11 case, filed its matrix of creditors [Docket No. 2 – sealed; Docket No. 3 – redacted] (the "**Creditor Matrix**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. On July 1, 2024, Terraform Labs Limited ("**TLL**" and together with TFL, the "**Debtors**") commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code. The Debtors are seeking to have the chapter 11 cases of TFL and TLL jointly administered.

3. The Debtors hereby file an amended and consolidated version of the Creditor Matrix, which includes the creditors of TFL and TLL, a copy of which is attached hereto as **<u>Exhibit A</u>**.

[1] The Debtors in these chapter 11 cases are: Terraform Labs Pte. Ltd. and Terraform Labs Limited. The Debtors' principal offices are located at 1 Wallich Street, #37-01, Guoco Tower, Singapore 078881.

Dated: July 1, 2024
Wilmington, Delaware

*/s/ Matthew P. Milana*

RICHARDS, LAYTON & FINGER, P.A.
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: heath@rlf.com
shapiro@rlf.com
milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ronit Berkovich (admitted *pro hac vice*)
Jessica Liou (admitted *pro hac vice*)
F. Gavin Andrews (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Email: ronit.berkovich@weil.com
jessica.liou@weil.com
f.gavin.andrews@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

**Exhibit A**

0X PROTOCOL
300 BEALE STREET
SUITE A
SAN FRANCISCO, CA 94105

1INCH PROTOCOL
116 MAIN STREET
ROAD TOWN 2ND FLOOR
TORTOLA VG1110
BRITISH VIRGIN ISLANDS

1KX, LP
C/O MAPLES CORPORATE SERVICES LIMITED
UGLAND HOUSE
GRAND CAYMAN KY1-1104
CAYMAN ISLANDS

8C MANAGEMENT LLC
3 COLUMBUS CIRCLE
SUITE 1606
NEW YORK, NY 10019

ACA ENGRG PTE LTD
ATTN: POHYEE SONG
27 MANDAI ESTATE
07-07 INNOVATION PLACE, TOWER 2
SINGAPORE 729931 SINGAPORE

ACCOUNTING AND CORPORATE
REGULATORY AUTHORITY
03-02, REVENUE HOUSE
55 NEWTON ROAD
SINGAPORE 307987 SINGAPORE

ACE ATTORNEY SERVICE INC
800 S FIGUEROA
SUITE 900
LOS ANGELES, CA 90017

ACHATSACHAT, PORNTHEP
[ADDRESS REDACTED]

ACROSS PROTOCOL
142 E ONTARIO ST.
1200
CHICAGO, IL 60611

ADEMCO FAR EAST PTE LTD
315 OUTRAM ROAD 08-03
TAN BOON LIAT BUILDING
SINGAPORE 169074
SINGAPORE

ADOBE ACROBAT
C/O: ADOBE SYSTEMS SOFTWARE IRELAND
LTD
4-6 RIVERWALK
CITYWEST BUSINESS PARK
DUBLIN IRELAND

AGHA, KARIM
[ADDRESS REDACTED]

AGRAFOJO, JUAN FERNANDO
[ADDRESS REDACTED]

AIG ASIA PACIFIC INSURANCE PTE. LTD.
78 SHENTON WAY
09-16
AIG BUILDING
SINGAPORE 079120 SINGAPORE

AIR CHARTER SERVICE
THREE, TEMASEK AVE
22-02 CENTENNIAL TOWER
SINGAPORE 39190
SINGAPORE

ALLES LABS PTE LTD
20A TANJONG PAGAR ROAD
SINGAPORE 088443
SINGAPORE

ALLIANCE HUB ORACLE

ALPHA CONSULTING
ATTN: KSENIJA POPOVIC IVANISEVIC
BULEVAR REVOLUCIJE 2/10A
PODGORICA
MONTENEGRO

ALPHA FINANCE LAB LIMITED
PORTCULIS CHAMBERS, 4TH FLOOR
ELLEN SKELTON BUILDING 3076
SIR FRANCIS DUKE HIGHWAY
ROAD TOWN, TORTOLA VG1110 VIRGIN
ISLANDS, BRITISH

ALVAREZ & MARSAL NORTH AMERICA, LLC
MICHAEL S. LETO
600 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10022

ALVES, EDUARDO
[ADDRESS REDACTED]

AMANI, ARRASH
[ADDRESS REDACTED]

AMANI, CHRIS
[ADDRESS REDACTED]

AMAZON WEB SERVICES KOREA
L12, EAST TOWER
231, TEHERAN-RO
GANGNAM-GU
SEOUL 06142 KOREA, REPUBLIC OF

AMAZON WEB SERVICES SINGAPORE
1, 17-00, ROBINSON ROAD
AIA TOWER
SINGAPORE 048542
SINGAPORE

AMAZON WEB SERVICES SINGAPORE
BY AMAZON WEB SERVICES SINGAPORE
PRIVATE
23 CHURCH
STREET CAPITAL SQ., UNIT 10-01 TO 10-04
SINGAPORE 049481 SINGAPORE

AMBER TECHNOLOGIES LIMITED
ATTN: PARTNERS
YAMRAJ BUILDING, 3RD FLOOR
MARKET SQUARE, P.O. BOX 3175
ROAD TOWN TORTOLA VIRGIN ISLANDS
(BRITISH)

AMIN, SHUIB
[ADDRESS REDACTED]

ANDROMEDA PROTOCOL
2055 LIMESTONE
WILMINGTON, DE 19808

ANTICIMEX PEST MANAGEMENT PTE LTD
3A INTERNATIONAL BUSINESS PARK
11-01 ICON
SINGAPORE 609935
SINGAPORE

ANTICIMEX PEST MANAGEMENT PTE LTD
3A INTERNATIONAL BUSINESS PARK
11-01 ICONIBP
SINGAPORE 609935
SINGAPORE

APE BOARD PTE LTD
INTERNATIONAL PLAZA
10 ANSON ROAD
SINGAPORE 079903
SINGAPORE

APERTURE PORTAL, LTD
3RD FLOOR
J&C BUILDING
ROAD TOWN, TORTOLA VG1110
VIRGIN ISLANDS, BRITISH

ARCHER MARKETING & DEVELOPMENT (S) PTE
ATTN: VINCENT CHIUA
4 PENJURU PLACE 01-23
2.8 PENJURU TECH HUB
SINGAPORE 608782 SINGAPORE

ARK PROTOCOL

ARNOLD, JASON
[ADDRESS REDACTED]

ARVIN BURAAT NBFI AKA XGROUND INC
ARVIN BURAAT NBFI LLC, KHOROO 16,
DANDAR STREET, UNDUR TSAIZ BUILDING
OFFICE NO. 203., BAYANZURKH DISTRICT
ULAANBAATAR CITY MONGOLIA

ARVIN BURAAT NBFI AKA XGROUND INC
C/O: ARVIN BURAAT NBFI LLC
KHOROO 16, DANDAR ST, UNDUR TSAIZ BLD,
OFFICE NO. 203., BAYANZURKH DISTRICT
ULAANBAATAR CITY MONGOLIA

ASPIRE BANK
1 SYED ALWI RD
04-01
SINGAPORE 207628
SINGAPORE

ASTOR, DOUG
[ADDRESS REDACTED]

ASTROPORT

ATOMIC LABS LLC
8206 LOUISIANA BLVD NE
STE A 1160
ALBURQUERQUE, NM 87113

ATOZ SG ACCOUNTING PTE LTD
10 ANSON ROAD 34-10
INTERNATIONAL PLAZA
SINGAPORE 079903
SINGAPORE

ATOZ SG ACCOUNTING PTE LTD
8 BEACH RD
17-12 SOUTH BEACH TOWER
SINGAPORE 189767
SINGAPORE

ATTORNEY TRANSLATION SERVICES, LLC
533 EAST PUTNAM AVE
GREENWICH, CT 06807

ATTORNEY-GENERALS CHAMBERS
1 UPPER PICKERING ST
SINGAPORE
SINGAPORE

AUTHLAYER INC. AKA ZEFI
ATTN: HALIM MD
2261 MARKET STREET
SAN FRANCISCO, CA 94114

AVALANCHE (BVI), INC AKA AVAX
FLOOR 4
BANCO POPULAR BUILDING
ROAD TOWN TORTOLA VG1110
VIRGIN ISLANDS (BRITISH)

AXELAR NETWORK
200 UNIVERSITY AVENUE WEST
DC 3528
WATERLOO, ON N2L 3G1
CANADA

AXLER, NOAH
[ADDRESS REDACTED]

BAIGALMAA, TUGULDUR
[ADDRESS REDACTED]

BANK OF INTERNATIONAL SETTLEMENTS
78TH FLOOR,
TWO INTERNATIONAL FINANCE CENTRE
8 FINANCE STREET, CENTRAL
HONG KONG CHINA

BANK OF INTERNATIONAL SETTLEMENTS
AESCHENPLATZ 1
BOTTA BUILDING
BASEL 4051
SWITZERLAND

BANK OF INTERNATIONAL SETTLEMENTS
CENTRALBAHNPLATZ 2, 4051 BASEL
TOWER BUILDING, HEADQUARTERS
BASEL 4051
SWITZERLAND

BANK OF INTERNATIONAL SETTLEMENTS
TORRE CHAPULTEPEC
RUBEN DARIO 281 - 17TH FLOOR
COL. BOSQUE DE CHAPULTEPEC
DEL. MIGUEL HIDALGO 11580 MEXICO

BELTRAN, HULIAN MORENO
C/O DREW & NAPIER LLC
10 COLLYER QUAY 10-01
OCEAN FINANCIAL CENTRE
SINGAPORE 049315 SINGAPORE

BENESCH FRIEDLANDER
127 PUBLIC SQUARE
SUITE 4900
CLEVELAND, OH 44114

BERNSTEIN, CAYDEN
[ADDRESS REDACTED]

BEST HOME REAL ESTATE LLC
ATTN: MUHAMMAD RAZA
SHEIKH JABER AL-SABAH ST
2 AL NUAIMIA
AJMAN UNITED ARAB EMIRATES

BFXWW INC AKA BITFINEX
C/O SHRM TRUSTEES
(BVI) LIMITED TRINITY CHAMBERS
PO BOX 4301
ROAD TOWN TORTOLA VG1110 VIRGIN ISLANDS (BRITISH)

BFXWW INC AKA BITFINEX
C/O SHRM TRUSTEES
(BVI) LIMITED TRINITY CHAMBERS
PO BOX 4301
ROAD TOWN, TORTOLA VG1110 VIRGIN ISLANDS

BGT ISSUER LIMITED
VISTRA CORPORATE SERVICES CENTRE
WICKHAMS CAY II
ROAD TOWN, TORTOLA VG1110
VIRGIN ISLANDS, BRITISH

BIG LABS S.R.L. SEMPLIFICATA
VIA FRANCESCO VITALINI 41
ROME 00155
ITALY

BIG LABS S.R.L. SEMPLIFICATA
VIA ROMA 11
FANO PU 61032
ITALY

BIG LABS
VIA ABBAZIA
8
FANO 61032
ITALY

BINANCE CAPITAL MANAGEMENT CO., LTD
ATTN: LEGAL TEAM
30 DE CASTRO STREET
WICKHAMS CAY 1, PO BOX 4519
ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH)

BINANCE CAPITAL MANAGEMENT CO., LTD
ATTN: LEGAL TEAM
30 DE CASTRO STREET
WICKHAMS CAY 1, PO BOX 4519
ROAD TOWN, TORTOLA VIRGIN ISLANDS

BITMONEX LLC
AYUD TOWER 15TH FLOOR
1ST KHOROO
SUKHBAATAR DISTRICT
ULAANBAATAR MONGOLIA

BITRUE SINGAPORE PTE LTD
CENTRO BIANCO
73 UPPER PAYA LEBAR ROAD
06-01C
SINGAPORE 534818 SINGAPORE

BLACKOAK LLC
1 GEORGE STREET
12-01/02
SINGAPORE 049145
SINGAPORE

BLOCKPOUR PTE. LTD.
90 EU TONG SEN STREET
03-02B
SINGAPORE 059811
SINGAPORE

BOSKOV, ALEKSA
[ADDRESS REDACTED]

BREADNBEYOND
ATTN: ANDRE OENTORO
SPAZIO 24 HOUR OFFICES LEVEL 5
JL. MAYJEND YONO SOEWOYO, 525, KAV. 3
SURABAYA EAST JAVA 60226 INDONESIA

BREEZE LABS, INC
3RD FLOOR
225-15
PANGYOYEOK-RO, BUNDANG-GU
SEONGNAM 13494 KOREA, REPUBLIC OF

BRIGATI, JOSHUA
[ADDRESS REDACTED]

BROADHURST LLC
C/O: KYLE BROADHUST AND RICHARD PARRISH
61 EDWARD STREET
GEORGE TOWN KY101106
CAYMAN ISLANDS

BROWN, MICHAEL
[ADDRESS REDACTED]

BTBLOCK
ATTN: TAMMY KAHN
PO BOX 147044
LAKEWOOD, CO 80214

BUCHANAN INGERSOLL & ROONEY PC
501 GRANT STREET
SUITE 200
PITTSBURGH, PA 15219-4413

BUGCROWD
300 CALIFORNIA ST STE 220
SAN FRANCISCO, CA 94104-1410

BUGCROWD
300 CALIFORNIA STREET
SUITE 220
SAN FRANCISCO, CA 94104

BUGCROWD
921 FRONT STREET
SUITE 100
SAN FRANCISCO, CA 94111

BUILD REPUBLIC INC
ATTN: ANGELO ALESSIO
418 E LAKESIDE AVENUE
COEUR DALENE, ID 83814

CALIFORNIA EMPLOYMENT DEVELOPMENT DEPT
PO BOX 942840
SACRAMENTO, CA 94240-0040

CANDEAGO, ALESSANDRO
[ADDRESS REDACTED]

CANTIERI, MATT
[ADDRESS REDACTED]

CAPITAL PROCESS SERVERS
265 POST AVE 150
WESTBURY, NY 11590

CEHIC, NIKOLA
[ADDRESS REDACTED]

CENTRAL PROVIDENT FUND BOARD (CPF)
238B THOMSON ROAD
08-00 TOWER B
NOVENA SQUARE
SINGAPORE 307685 SINGAPORE

CENTRAL PROVIDENT FUND
79 ROBINSON ROAD
LEVEL 41
CPF BUILDING
SINGAPORE 068897 SINGAPORE

CENTRODEX ENGINEERING PTE LTD
81 TAGORE LANE
04-05 TAG A
SINGAPORE 787502
SINGAPORE

CERTIK, LLC
ATTN: RONGHUI GU
12 EAST 49TH STREET
SUITE 4011
NEW YORK, NY 10017

CHACHURA, RADZION
[ADDRESS REDACTED]

CHAN, MARK
[ADDRESS REDACTED]

CHAOS LABS, INC
ATTN: OMER GOLDBERG
7 MITCHELL DRIVE
GREAT NECK, NY 11024

CHEANG & LEE SANITARY PLUMBING PTE LTD
ATTN: ERIC CHEE
21 TOH GUAN ROAD EAST 06-13
TOH GUAN CENTRE
SINGAPORE 608609 SINGAPORE

CHEN, WILLIAM
[ADDRESS REDACTED]

CHOW, JONATHAN
[ADDRESS REDACTED]

CHUNG, JESSE
[ADDRESS REDACTED]

CIELMA, LESZEK
[ADDRESS REDACTED]

CIMB BANK
30 RAFFLES PL
03-03
SINGAPORE 048622
SINGAPORE

CIRCLECI
201 SPEAR ST 1200
SAN FRANCISCO, CA 94105

CITADEL SECURITIES, LLC
C/O: BARTLIT BECK LLP
ATTN: MAC LEBUHN AND MATTHEW BREWER
COURTHOUSE PLACE, 54 WEST HUBBARD ST
CHICAGO, IL 60654

CIVILIZED DISCOURSE CONSTRUCTION KIT, INC AKA DISCOURSE
ATTN: SARAH HAWK
8 THE GREEN SUITE 8383
DOVER, DE 19901

CLOUDFLARE, INC.
101 TOWNSEND STREET
SAN FRANCISCO, CA 94107

CLOUDFLARE, INC.
ATTN: MICHELLE ZATLYN
101 TOWNSEND STREET
SAN FRANCISCO, CA 94107

COINALPHA, INC. / HUMMINGBOT FOUNDATION
800 WEST EL CAMINO REAL
SUITE 180
MOUNTAIN VIEW, CA 94040

COINBASE CUSTODY TRUST COMPANY, LLC
200 PARK AVENUE SOUTH
SUITE 1208
NEW YORK, NY 10003

COINBASE CUSTODY TRUST COMPANY, LLC
248 3RD ST
OAKLAND, CA 94607-4375

COLARES GUERRA, CLAUDIO FILIPE
[ADDRESS REDACTED]

COLLAS CRILL
125 MAIN STREET
P.O. BOX 144
ROAD TOWN TORTOLA
VIRGIN ISLANDS (BRITISH)

COLLAS CRILL
125 MAIN STREET
P.O. BOX 144
ROAD TOWN, TORTOLA
VIRGIN ISLANDS

COLLAZO, MANUEL
[ADDRESS REDACTED]

COMMODITY FUTURES TRADING COMMISSION
THREE LAFAYETTE CENTRE
1155 21ST STREET
NW
WASHINGTON, DC 20581

COMPASS GROUP DBA FLIK INTERNATIONAL
2400 YORKMONT ROAD
CHARLOTTE, NC 28217

CONCENTRIC ADVISORS INC.
ATTN: STEVE DEVEREUX
5150 CARILLON POINT
KIRKLAND, WA 98033

CONCEPT ART HOUSE, INC. AKA CAH
ATTN: JENNIE MARTINEZ
548 MARKET ST.
PMB 51459
SAN FRANCISCO, CA 94104-5401

CONFIO OU AKA COSMWASM
CONFIO GMBH POTSDAMER PLATZ 1
BERLIN 10785
GERMANY

CONTROL RISKS PACIFIC LTD
2501-02
THE CENTRIUM
60 WYNDHAM STREET
CENTRAL HONG KONG

CONYERS
CLARENDON HOUSE
2 CHURCH STREET
HAMILTON HM 11
BERMUDA

CORNERSTONE RESEARCH
599 LEXINGTON AVENUE
40TH FLOOR
NEW YORK, NY 10022-7642

CORNERSTONE RESEARCH
ATTN: YAN CAO
599 LEXINGTON AVENUE
40TH FLOOR
NEW YORK, NY 10022-7642

CORREIA SOARES, JOSE PEDRO
[ADDRESS REDACTED]

COSMOVERSE AG
DAMMSTRASSE 16
6300 ZUG
SWITZERLAND

COURTHOUSE NEWS SERVICE
30 N RAYMOND AVE
STE 310
PASADENA, CA 91103-4409

COW PROTOCOL
AV. D. CARLOS I, 134
1200-651 LISBON
PORTUGAL

CRATER LABS
2ND FLOOR
ELLEN L. SKELTON BUILDING
FISHERS LANE
ROAD TOWN, TORTOLA VG 1110 VIRGIN ISLANDS (US)

CRYSTAL NET PTE LTD
69 UBI RD 1
05-29
SINGAPORE 408731
SINGAPORE

CURRAN, BRIAN
[ADDRESS REDACTED]

CURVE.FI
1-10 PRAED MEWS
LONDON W2 1QY
UNITED KINGDOM

D & B LEGAL SERVICES, INC.
5350 W 94TH TER
STE 206
PRAIRIE VILLAGE, KS 66207

DA COSTA GIRAO, BRUNO MIGUEL
[ADDRESS REDACTED]

DA COSTA LOURES, MIGUEL ANGELO
[ADDRESS REDACTED]

DA CRUZ BRANDAO, FILIPA JOAO
[ADDRESS REDACTED]

DAI, FRANK
[ADDRESS REDACTED]

DANIEL HYUNSUNG SHIN
ACRO SEOUL FOREST
APARTMENT A, ROOM 3003 83-21
WANGSIMNI-RO, SEONGDONG-GU
SEOUL 04769 REPUBLIC OF KOREA

DBS BANK
12 MARINA BOULEVARD
DBS ASIA CENTRAL
MARINA BAY FINANCIAL CENTER, TOWER 3
SINAPORE 018982 SINGAPORE

DDC ADVOCACY LLC D/B/A DDC PUBLIC AFFAIRS AKA OMNICOMPRGROUP
ATTN: MICHAEL FLEISCHER
805 15TH STREET NW, SUITE 300
WASHINGTON, DC 02005

DE ALMEIDA PEREIRA, MARIANA
[ADDRESS REDACTED]

DE CINTRA MAURICIO, GUSTAVO MARREIROS
[ADDRESS REDACTED]

DE GEYTER, TOON
[ADDRESS REDACTED]

DEEL, INC
425 1ST STREET
UNIT 1502
SAN FRANCISCO, CA 94105

DEFI ALLIANCE DELAWARE FEEDER LLP
C/O DEFI ALLIANCE LLC
4901 W LADLE RAPIDS ST
MERIDIAN, ID 83646-6821

DEFI ALLIANCE DELAWARE FEEDER LLP
C/O DEFI ALLIANCE LLC
9114 WAUKEGAN ROAD
SUITE 681
MORTON GROVE, IL 60053

DEFI BORROWING - FRAX TOKENS

DEFI LIMITED
ATTN: KONSTANTIN LOMASHUK
GENESIS BUILDING, 5TH FLOOR
GENESIS CLOSE, PO BOX 446
GEORGE TOWN KY1 1106 CAYMAN ISLANDS

DELAWARE DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
CARVEL STATE BUILDING
820 N. FRENCH STREET
WILMINGTON, DE 19801

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD., SUITE 100
DOVER, DE 19904

DELPHI LABS GLOBAL PARTNERS LLP
ATTN: JOSE MACEDO
97A ELDERFIELD ROAD
LONDON E5 0LE
UNITED KINGDOM

DENTONS AUSTRALIA LIMITED
77 CASTLEREAGH STREET
LEVEL 16
SYDNEY NSW 2000
AUSTRALIA

DENTONS CAYMAN ISLANDS
2ND FLOOR
ONE CAPITAL PLACE
P.O BOX 10190
GEORGE TOWN KY1-1002 CAYMAN ISLANDS

DENTONS EUROPE AARPI
5 BOULEVARD MALESHERBES
PARIS 75008
FRANCE

DENTONS FRANKFURT
RECHTSANWALTE STEUERBERATER
THURN-UND-TAXIS-PLATZ 6
FRANKFURT AM MAIN 60313
GERMANY

DENTONS LEE
14F, POONGSAN BLDG.
23 CHUNGJEONG-RO
SEODAEMUN-GU
SEOUL 03737 KOREA, REPUBLIC OF

DENTONS MAURITIUS
LES JAMALACS BUILDING
VIEUX CONSEIL STREET
PORT LOUIS 11328
MAURITIUS

DENTONS PARIS
5 BOULEVARD MALESHERBES
PARIS 75008
FRANCE

DENTONS RODYK & DAVIDSON LLP
80 RAFFLES PLACE
33-00 UOB PLAZA 1
SINGAPORE 048624
SINGAPORE

DENTONS SG
2TH FLOOR, 9-16
YEONMUJANG 5-GIL
SEONGDONG-GU
SEOUL KOREA, REPUBLIC OF

DENTONS US LLP
1900 K STREET
NW
WASHINGTON, DC 20006-1102

DENTONS US LLP
ATTN: DOUGLAS W. HENKIN
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1089

DEPARTMENT OF JUSTICE
C/O: JARED LENOW
THE SILVIO J. MOLLO BUILDING
ONE SAINT ANDREWS PLAZA
NEW YORK, NY 10007

DEPARTMENT OF STATE
2201 C STREET
NW
WASHINGTON, DC 20520

DING, CONG
[ADDRESS REDACTED]

DINNER MARTIN ATTORNEYS
C/O DENTONS CAYMAN ISLANDS
2ND FLOOR
ONE CAPITAL PLACE, SHEDDEN RD
GEORGE TOWN KY1 1002 CAYMAN ISLANDS

DOCUSIGN INC
221 MAIN STREET
SUITE 1000
SAN FRANCISCO, CA 94105

DOS SANTOS SACADURA, HENRIQUE
MESTRE
[ADDRESS REDACTED]

DOS SANTOS VEIGA FERREIRA, ANDRE
[ADDRESS REDACTED]

DOUGLAS E. WHITNEY
[ADDRESS REDACTED]

DRAGASEVIC, DIMITRIJE
[ADDRESS REDACTED]

DREW & NAPIER LLC
10 COLLYER QUAY 10-01
OCEAN FINANCIAL CENTRE
SINGAPORE 049315
SINGAPORE

DUBEL & ASSOCIATES, LLC -
JOHN S. DUBEL DIRECTOR
22 1ST ST
SOUTH ORANGE, NJ 07079

DUBEL, JOHN
[ADDRESS REDACTED]

DYDX EXCHANGE
44 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

ECOLOGY LIMITED
ATTN: IVAN LIANG, FORTUNE FINANCIAL
CNTR
LEVEL 26, NO.5 DONG SAN HUAN ZHONG RD
CHAOYANG DISTRICT
BEIJING CHINA

ECOSENSE SOLUTIONS PTE LTD
531A UPPER CROSS STREET
HONG LIM COMPLEX
SINGAPORE 051531
SINGAPORE

ELDRIC MARKETING PTE LTD
5 PEREIRA RD
02-01 ASIAWIDE INDUSTRIAL BUILDING
SINGAPORE 368025
SINGAPORE

ELLIOTT KWOK LEVINE & JAROSLAW LLP
ATTN: MATTHEW LEVINE
565 FIFTH AVENUE
7TH FLOOR
NEW YORK, NY 10017

ENGLAND AND WALES HIGH COURT
(KINGS BENCH DIVISION)
ROYAL COURTS OF JUSTICE
STRAND
LONDON WC2A 2LL UNITED KINGDOM

ENTERPRISE MANAGEMENT PTE LTD SGD
101 THOMSON RD
14-02/03 UNITED SQUARE
SINGAPORE 307591
SINGAPORE

ENTERPRISE SINGAPORE
230 VICTORIA STREET
LEVEL 9, BUGIS JUNCTION OFFICE TOWER
SINGAPORE 188024
SINGAPORE

ESHARES, INC. DBA CARTA, INC.
333 BUSH STREET
SUITE 2300
SAN FRANCISCO, CA 94104

ESQUIRE DEPOSITION SOLUTIONS, LLC
20 N CLARK ST
SUITE 500
CHICAGO, IL 60602

EXPENSIFY, INC.
401 SW 5TH AVENUE
PORTLAND, OR 97204-2205

FALCONX LIMITED
LEVEL G
OFFICE 1/1191
QUANTUM HOUSE 75, ABATE RIGORD STREET
TA XBIEX XBX 1120 MALTA

FARMER, CHRISTOPHER
[ADDRESS REDACTED]

FEDERAL EXPRESS CORPORATION
942 SOUTH SHADY GROVE ROAD
MEMPHIS, TN 38120-4117

FERBER, SAMUEL
[ADDRESS REDACTED]

FERNANDES, JOAO
[ADDRESS REDACTED]

FERNANDES, PEDRO
[ADDRESS REDACTED]

FIDELITY INVESTMENTS
245 SUMMER STREET
BOSTON, MA 02210

FINKE, ANDREAS
[ADDRESS REDACTED]

FLIPSIDE CRYPTO, INC.
ATTN: MICHAEL FEATHERSTONE
207 SOUTH STREET
5TH FLOOR
BOSTON, MA 02111

FLIPSIDE CRYPTO, INC.
PMB 419
6 LIBERTY SQ
BOSTON, MA 02109-5800

FLORIO, LAWRENCE
[ADDRESS REDACTED]

FONTEZ, DOUG
[ADDRESS REDACTED]

FRAX FINANCE
WILLOW HOUSE
CRICKET SQUARE POST OFFICE BOX 709
GEORGE TOWN KY1, 9010
CAYMAN ISLANDS

FREEH
909 3RD AVE
NEW YORK, NY 10022

FREELANDS DAO S.A.
AREA BANCARIA
TORRE ADVANCED
PISO 1
PANAMA PANAMA

FRENCH, JASON
[ADDRESS REDACTED]

FTI CONSULTING
555 12TH ST NW
STE 700
WASHINGTON, DC 20004

GAJEK, MAX
[ADDRESS REDACTED]

GAN YI DONG, DOUGLAS
C/O DREW & NAPIER LLC
10 COLLYER QUAY 10-01
OCEAN FINANCIAL CENTRE
SINGAPORE 049315 SINGAPORE

GASSER PARTNER
INDUSTRIERING 3
9491 RUGGELL
FURSTENTUM
LIECHTENSTEIN

GEE, STEPHEN WILLIAMS
[ADDRESS REDACTED]

GITBOOK INC
440 N BARRANCA AVE
7171
COVINA, CA 91723

GITHUB, INC.
88 COLIN P. KELLY JR. STREET
SAN FRANCISCO, CA 94107

GLOBAL MAIDEN INTERNATIONAL LIMITED
ELLEN L. SKELTON BUILDING
SECOND FLOOR
FISHERS LANE
ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH)

GOLDFARB & HUCK ROTH RIOJAS, PLLC
925 FOURTH AVENUE
SUITE 3950
SEATTLE, WA 98104

GOLDICH, MARC
[ADDRESS REDACTED]

GOMES, BRUNO CARVALHO
[ADDRESS REDACTED]

GOMEZ, FRANCISCO
[ADDRESS REDACTED]

GOODWIN PROCTER LLP
ATTN: GRANT P. FONDO
601 MARSHALL STREET
REDWOOD CITY, CA 94063

GOOGLE ASIA PACIFIC PTE. LTD.
70 PASIR PANJANG ROAD
03-71
MAPLETREE BUSINESS CITY
SINGAPORE 117371 SINGAPORE

GORSKI, ERIC
[ADDRESS REDACTED]

GRADILLAS PARTNERS INVESTIGATION
C/O: GRADILLAS COURT REPORTERS
400 N. BRAND BOULEVARD
SUITE 950
GLENDALE, CA 91203

GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION
61 EDWARD STREET
GEORGE TOWN KY101106
CAYMAN ISLANDS

GROWTH DAO

GUPTA, AAYUSH
[ADDRESS REDACTED]

HACKEN OU
KAI TN 1-5
TALLINN CITY
HARJU COUNTY 10111
ESTONIA

HALBORN INC
114 NW 25TH STREET
MIAMI, FL 33127

HAN, CJ
[ADDRESS REDACTED]

HARASTASAN, EMILIAN-BOGDAN
[ADDRESS REDACTED]

HASHICORP, INC.
101 2ND STREET
SUITE 700
SAN FRANCISCO, CA 94105

HAWAII DEPARTMENT OF TAXATION
830 PUNCHBOWL STREET
HONOLULU, HI 96813-5094

HERRICK, FEINSTEIN LLP
2 PARK AVE
NEW YORK, NY 10016

HEX CAPITAL GROUP LIMITED
C/O: HEX CAPITAL GROUP LTD TREASURY
SINGAPORE, 9/F, H CODE, HIGH BLOCK
45 POTTINGER STREET
CENTRAL HONG KONG

HEX TECHNOLOGIES LTD AKA HEX TRUST LTD
C/O: HEX TECHNOLOGIES LIMITED
ATTN: ALESSO QUAGLINI 42-46 WANG LUNG ST
OXFORD FACTORY BLD, RM A326, BLOCK A,3/F
TSUEN WAN HONG KONG

HEX TRUST LIMITED
9/F, H CODE, HIGH BLOCK
45 POTTINGER ST, CENTRAL
HONG KONG NIL

HEX TRUST LIMITED
FINLAYSON GREEN
06-03 ONE FINLAYSON GREEN
SINGAPORE 049246
SINGAPORE

HIGH COURT (MASTER SP YIP)
38 QUEENSWAY
ADMIRALTY
HONG KONG
HONG KONG

HIGH COURT OF SINGAPORE
1 SUPREME CT LN
SINGAPORE 178879
SINGAPORE

HOF CAPITAL GROWTH OPPORTUNITY XX, LLC
3 HUBERT ST.
NEW YORK, NY 10013

HOLSMAN, IAN
[ADDRESS REDACTED]

HORAL, ARTUR
[ADDRESS REDACTED]

HOWSE WILLIAMS
27/F ALEXANDRA HOUSE
18 CHATER ROAD
CENTRAL
HONG KONG

HSIEH, PETER
[ADDRESS REDACTED]

HUGHES, NATHANIEL
[ADDRESS REDACTED]

HUOBI GLOBAL LIMITED
SUITE 202, 2ND FLOOR
EDEN PLAZA
EDEN ISLAND
MAHE SEYCHELLES

HYPHEN LABS LTD
C/O: HYPHEN LABS LTD TREASURY
SINGAPORE
234 BOCANA STREET
SAN FRANCISCO, CA 94110

IFINEX
C/O: HARNEY WESTWOOD & RIEGELS LP
CRAIGMUIR CHAMBERS
PO BOX 71
ROAD TOWN, TORTOLA VG1110 VIRGIN ISLANDS

IFINEX
C/O: HARNEY WESTWOOD & RIEGELS LP
CRAIGMUIR CHAMBERS
PO BOX 71
ROAD TOWN, TORTOLA VG1110 VIRGIN ISLANDS (US)

INLAND REVENUE AUTHORITY OF SINGAPORE
55 NEWTON RD, REVENUE HOUSE
SINGAPORE 307987
SINGAPORE

INTELLECTUAL PROPERTY OFFICE OF SINGAPORE, 1 PAYA LEBAR LINK
11-03 PLQ 1
PAYA LEBAR QUARTER
SINGAPORE 408533 SINGAPORE

INTELLECTUAL PROPERTY OFFICE SINGAPORE
1 PAYA LEBAR LINK
11-03 PLQ 1
PAYA LEBAR QUARTER
SINGAPORE 408533 SINGAPORE

INTERN TECH PTE LTD
230 VICTORIA STREET
SINGAPORE 188024
SINGAPORE

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICES
1111 CONSTITUTION AVE NW
WASHINGTON, DC 20224

INTERNAL REVENUE SERVICES
1111 CONSTITUTION AVE NW
WASHINTON, DC 20224

INTERNATIONAL MONETARY FUND
1900 PENNSYLVANIA AVE NW
WASHINGTON, DC 20431

INTERNATIONAL MONETARY FUND
700 19TH STREET, N.W.
WASHINGTON, DC 20431

J.S. HELD LLC
50 JERICHO QUADRANGLE
SUITE 117
JERICHO, NY 11753

J.S. HELD LLC
ATTN: JP BRENNAN
48 WALL STREET
NEW YORK, NY 10043

JETMAR, JIRI
[ADDRESS REDACTED]

JIDKOV, VLADISLAV
[ADDRESS REDACTED]

JOHN EDWIN, MASLIN
[ADDRESS REDACTED]

JOLBORDI, SHOTA
[ADDRESS REDACTED]

JONES LANG LASALLE PROPERTY CONSULTANTS
ATTN: ZOE HO
88 MARKET STREET
35-01, CAPITASPRING
SINGAPORE 408948 SINGAPORE

JOSH GOLDER, AN INDIVIDUAL CREDITOR
ATTN: CHRISTOPHER SAMIS
POTTER ANDERSON & CORROON LLP
1313 N. MARKET ST., 6TH FLOOR
WILMINGTON, DE 19801

JOSHUA BLANK DBA EAST BAY MESSENGER AND
ATTORNEY SERVI
195 41ST ST
94611
OAKLAND, CA 94611

JUNGE, GREGORY
[ADDRESS REDACTED]

K&L GATES LLP
ATTN: DREW HINKES
210 SIXTH AVENUE
K&L GATES CENTER
PITTSBURGH, PA 15221

K&L GATES LLP
SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BLVD.
SUITE 3900
MIAMI, FL 33131-2399

KANCHAN, YASH
[ADDRESS REDACTED]

KAPLAN KECKER FINK
1050 K STREET NW
SUITE 1040
WASHINGTON, DC 20001

KAPLAN KECKER FINK
350 FIFTH AVENUE
63RD FLOOR
NEW YORK, NY 10118

KAZLAUSKAS, DEIVIDAS
[ADDRESS REDACTED]

KIM & CHANG
39, SAJIK-RO
JONGNO-GU
SEOUL 03170
KOREA, REPUBLIC OF

KNOWHERE LABS PTE. LTD.
141 MIDDLE ROAD
05-06 GSM BUILDING
SINGAPORE 188976
SINGAPORE

KOBO, SAITO
[ADDRESS REDACTED]

KOBRE & KIM LLP
ATTN: SYDNEY JOHNSON
201 SOUTH BISCAYNE BLVD
SUITE 1900
MIAMI, FL 33131

KOBRE & KIM
800 THIRD AVENUE
NEW YORK, NY 10022

KOBRE & KIM
PO BOX 7247
PHILADELPHIA, PA 19170-6679

KOBRE & KIM
PO VOX 7247
PHILADELPHIA, PA 19170-6679

KRAKEN
237 KEARNY ST 102
SAN FRANCISCO, CA 94108

KUAN, JEFF
[ADDRESS REDACTED]

KUSHNER, ARTEM
[ADDRESS REDACTED]

KWON DO HYEONG
5 ANTHONY ROAD
BLK5 04-10
SINGAPORE 229954
SINGAPORE

KWON, DO
[ADDRESS REDACTED]

LAN, LANCE
[ADDRESS REDACTED]

LAU, JOSHUA
[ADDRESS REDACTED]

LAW FIRM PLANET
2ND FLOOR
YANGJIN BUILDING, 138
BANPRO-DAERO, SEOCHO-GU
SEOUL KOREA, REPUBLIC OF

LAW OFFICE OF GORAN RODIC
13TH OF JULY STREET
NO. 6/1
PODGORICA 81000
MONTENEGRO

LE YU CORPORATE ADVISORY PTE LTD
1 IRVING PLACE
08-11
SINGAPORE 369546
SINGAPORE

LEE, ETHAN
[ADDRESS REDACTED]

LEE, ETHAN
[ADDRESS REDACTED]

LEE, MATTHEW
[ADDRESS REDACTED]

LEE, SAN
[ADDRESS REDACTED]

LEVER INC
1125 MISSION ST
SAN FRANCISCO, CA 94103

LEVER INC
20 N MERIDIAN ST STE 300
INDIANAPOLIS, IN 46204-3028

LIFI DIAMOND
LYCHENER STRASSE 19
10437 BERLIN
GERMANY

LIM, EDMUND
[ADDRESS REDACTED]

LIM, HUI YEE
[ADDRESS REDACTED]

LIM, JEAN
[ADDRESS REDACTED]

LIM, TERENCE
[ADDRESS REDACTED]

LIM, WOOJIN
[ADDRESS REDACTED]

LINCOLN FINANCIAL GROUP
150 NORTH RADNOR-CHESTER ROAD
RADNOR, PA 19087

LINCOLNS LAW LLC
1 RAFFLES PLACE
TOWER 2
19-61, 19-42
SINGAPORE 048616 SINGAPORE

LINDEBORG COUNSELLORS AT LAW LTD
18 PARK STREET
LONDON W1K 2HZ
UNITED KINGDOM

LIQUALITY INC.
ATTN: SIMON LAPSCHER AND THESSY
MEHRAIN
220 W 148TH ST
UNIT 5
NEW YORK, NY 10039

LUNA FOUNDATION GUARD LTD.
1 WALLICH STREET
37-01
GUOCO TOWER
SINGAPORE 078881 SINGAPORE

LUU, NATALIE
[ADDRESS REDACTED]

MAAS, K.X.C.G
[ADDRESS REDACTED]

MANDREAN, SEBASTIAN
[ADDRESS REDACTED]

MANGALJI, EZAAN
[ADDRESS REDACTED]

MANULIFE FINANCIAL CORPORATION
200 BLOOR STREET EAST
TORONTO, ON M4W 1E5
CANADA

MARIANA LAYER LABS LTD
BANCO POPULAR BUILDING
FLOOR 4
ROAD TOWN TORTOLA VG1110
VIRGIN ISLANDS (BRITISH)

MARTE CONSULTING PTY LTD TRADING AS
SCV-SECURITY
1 PANAMA CT.
PARREARRA, QLD 4575
AUSTRALIA

MASLANKA, LUKASZ
[ADDRESS REDACTED]

MATHIALAGAN, ASHWIN
[ADDRESS REDACTED]

MAURICIO, PEDRO
[ADDRESS REDACTED]

MCDERMOTT WILL & EMERY LLP
CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
DARREN AZMAN & JOSEPH B. EVANS, ONE
VANDERBILT AVENUE
NEW YORK, NY 10017

MCDERMOTT WILL & EMERY LLP
CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
DAVID R. HURST & DANTE PAVAN, THE
BRANDYWINE BUILDING, 1000 N. WEST
STREET, SUITE 1400
WILMINGTON, DE 19801

MCDERMOTT WILL & EMERY LLP
CO-COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS
GREGG A. STEINMAN, 333 SE 2ND AVENUE,
SUITE 4500
MIAMI, FL 33131

MCQUIREWOODS LLP
ATTN: ERIC SNYDER
1251 AVENUE OF THE AMERICAS, 20TH
FLOOR
NEW YORK, NY 10020-1104

MEGASHOTS INTERNET PRIVATE LIMITED
ATTN: MAYANK KUMAR RAM AND
LOKESH KUMAR JANGID
25, 8 MAIN, 2D FLOOR, VASANTHNAGAR
BENGALURU, 29 560 052 INDIA

MEGASHOTS INTERNET PRIVATE LIMITED
MAYANK KUMAR RAM AND LOKESH KUMAR
JANGID
25, 8 MAIN
2D FLOOR, VASANTHNAGAR
BENGALURU, 29 560 052 INDIA

MEJIA, JEURY
[ADDRESS REDACTED]

MENG, LAN
[ADDRESS REDACTED]

MERZ, MICHAEL WILLIAM
[ADDRESS REDACTED]

MEV BOT

MIAMI LABS INC
2916 N MIAMI AVE
MIAMI, FL 33127

MIGUEIS VALENTE, MIGUEL CONSOLADO
[ADDRESS REDACTED]

MINISTRY OF FINANCE
ATTN: FINANCIAL SECRETARY
GOVERNMENT OF THE VIRGIN ISLANDS
ROAD TOWN VG1110
VIRGIN ISLANDS (BRITISH)

MINISTRY OF FINANCE
ATTN: JEREMIAH FRETT
FINANCIAL SECRETARY
GOVERNMENT OF THE VIRGIN ISLANDS
ROAD TOWN, TORTOLA VG 1110 VIRGIN
ISLANDS

MINISTRY OF FINANCE
C/O: ATTORNEY GENERAL CHAMBERS
TTT BUILDING
FOURTH FLOOR, P.O. BOX 242
ROAD TOWN VG1110 VIRGIN ISLANDS

MINISTRY OF FINANCE
C/O: ATTORNEY GENERAL CHAMBERS
TTT BUILDING
FOURTH FLOOR, P.O. BOX 242
ROAD TOWN VG1110 VIRGIN ISLANDS
(BRITISH)

MLS PARENT HOLDINGS
1635 MARKET ST
9TH FL
PHILADELPHIA, PA 19103

MONETARY AUTHORITY OF SINGAPORE
10 SHENTON WAY
MAS BUILDING
SINGAPORE 79117
SINGAPORE

MONETARY AUTHORITY OF SINGAPORE
17 STATE STREET
35TH FLOOR, UNIT 3530
NEW YORK, NY 10004

MOON RABBIT LABS, INC
2F GINZA OTAKE VISIDENCE
1-22-11 GINZA
CHUO-KU
TOKYO 104-0061 JAPAN

MOORE, RYAN
[ADDRESS REDACTED]

MOORE, RYAN
[ADDRESS REDACTED]

MURPHY, PAUL
[ADDRESS REDACTED]

MYAT MIN, JEFF YE
[ADDRESS REDACTED]

MYREPUBLIC BROADBAND PTE LTD
11 LORONG 3 TOA PAYOH BLK B
JACKSON SQ 04-11/15
SINGAPORE 319579
SINGAPORE

NANSEN PTE. LTD
22 SIN MING LANE NO 06-76
MIDVIEW CITY
SINGAPORE 573969
SINGAPORE

NANSEN PTE. LTD
ATTN: ALEXANDER SVANEVIK
100 F STREET N.E.
WASHINGTON, DC 20549-5985

NANSEN PTE. LTD
ATTN: ALEXANDER SVANEVIK
111 SOMERSET RD, 03-09
SINGAPORE 238164
SINGAPORE

NATIONAL TAX SERVICE
8-14 GUKSECHEONG-RO SEJONG
SEJONG 30128
KOREA, REPUBLIC OF

NG, KAIALANI
[ADDRESS REDACTED]

NINE CROSBY
9 CROSBY ST
NEW YORK, NY 10013-3102

NOFZINGER, SAMUEL
[ADDRESS REDACTED]

NORTHERN DISTRICT CALIFORNIA
PHILLIP BURTON FEDERAL BUILDING
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

NPD LOGISTICS
263 FRELINGHUYSEN AVE
NEWARK, NJ 07114

NPIXEL PTE. LTD
16 COLLYER QUAY 17-00
INCOME AT RAFFLES
SINGAPORE 49318
SINGAPORE

NUNES, CATARINA
[ADDRESS REDACTED]

OBI TECHNOLOGIES
ERNESTOVA BATA 5773/2
NOVE ZAMKY
NITRIANSKY KRAJ 940 02
SLOVAKIA

OFFICE OF THE UNITED STATES ATTORNEY
DISTRICT OF DELAWARE
HERCULES BUILDING
1313 N. MARKET STREET, SUITE 400
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
ATTN: LINDA RICHENDERFER, ESQ.
844 KING ST, STE 2207, LOCKBOX 35
WILMINGTON, DE 19801

OHANIAN, ALEC
[ADDRESS REDACTED]

OKCOIN TECHNOLOGY COMPANY LTD
ATTN: CLIFFORD CHANCE
27TH FLOOR
ONE CONNAUGHT PLACE
HONG KONG HONG KONG

OKCOIN
ATTN: CLIFFORD CHANCE
27TH FLOOR, JARDINE HOUSE
ONE CONNAUGHT PLACE
HONG KONG HONG KONG

OMNICOM GROUP INC
ATTN: KEVIN LAWLOR
1615 L STREET NW
SUITE 400
WASHINGTON, DC 20036

ONEBIT
222 W MERCHANDISE
MART PLAZA 1212
CHICAGO, IL 60654

ONG, MARK
[ADDRESS REDACTED]

OPENOCEAN
25 PARK LANE
LONDON W1K 1RA
UNITED KINGDOM

OPENSEA
228 PARK AVENUE SOUTH
NEW YORK, NY 10003

OPV LEAGUE PTE. LTD.
F-8/7
F-WARD
BAIRAGARH HUZUR
BHOPAL, 23 462030 INDIA

ORTIZ, EVAN
[ADDRESS REDACTED]

OSULLIVAN, CAIN
[ADDRESS REDACTED]

OUTLET FINANCE INC.
C/O OUTLET FINANCE INC TREASURY
SINGAPORE, CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

OUTLIER VENTURES OPERATIONS LTD AKA
OVOL
MILSTED LANGDON OLV
NEW BROAD STREET HOUSE
35 NEW BROAD ST
LONDON EC2M 1NH UNITED KINGDOM

PAGERDUTY, INC.
600 TOWNSEND ST. 200
SAN FRANCISCO, CA 94103

PAGERDUTY, INC.
DREAMPLUS 1219 311
GANGNAM-DAERO
SEOCHO-GU
SEOUL 16628 KOREA, REPUBLIC OF

PANGEA CAYMAN FUND I LTD.
C/O MAPLES CORPORATE SERVICES LIMITED
PO BOX 309
UGLAND HOUSE
GRAND CAYMAN KY1-1104 CAYMAN
ISLANDS

PARAFI DIGITAL OPPORTUNITIES INTL LP
ATTN: ADRIAN UBERTO
600 CALIFORNIA STREET
FLOOR 11
SAN FRANCISCO, CA 94108

PARASWAP
128, RUE LA BOETIE
75008 PARIS
FRANCE

PARCELS AKA RELATIVITY
PARCELS
PO BOX 27
WILMINGTON, DE 19899

PARCELS, INC.
230 N MARKET ST.
WILMINGTON, DE 19801

PARK, HAN KYEOL
[ADDRESS REDACTED]

PARK, JY
[ADDRESS REDACTED]

PARK, RYAN
[ADDRESS REDACTED]

PARK, SJ
[ADDRESS REDACTED]

PARKERSON, DONALD ERIC
[ADDRESS REDACTED]

PATTERSON, NICK
[ADDRESS REDACTED]

PAZ, HENRIQUE
[ADDRESS REDACTED]

PEHRSON, CAROLYN
[ADDRESS REDACTED]

PENG, ALWIN
[ADDRESS REDACTED]

PENSON, IAN
[ADDRESS REDACTED]

PERSISTENCE ENTERPRISE SOLUTIONS PTE
LTD
ATTN: TUSHAR AGGARWAL
33 CLUB STREET
45541
SINGAPORE 69415 SINGAPORE

PERSISTENCE TECHNOLOGIES (BVI) PTE LTD
ATTN: TUSHAR AGGARWAL
33 CLUB STREET
45541
SINGAPORE 69415 SINGAPORE

PHOENIXFIN PTE LTD
2 SCIENCE PARK DRIVE
01-03 ASCENT
SINGAPORE 118222
SINGAPORE

PILLSBURY WINTHROP SHAW PITTMAN LLP
COUNSEL TO P. PRETLOVE, D. STANDISH &
J. DRURY
JOINT LIQUIDATORS FOR THREE ARROWS
FUND, LTD
ATTN: J. PINTARELLI, A. LYMAN, P.E.
FITZMAURICE & H. MCDONALD, 31 WEST
52ND STREET
NEW YORK, NY 10019

PINHO DOS ANJOS, IVO FILIPE
[ADDRESS REDACTED]

PLAPPERT, LEONIE
[ADDRESS REDACTED]

PLATIAS, NIKOLAOS ALEXANDROS
C/O SETIA LAW LLC
1 GEORGE STREET
07-03
SINGAPORE 049145 SINGAPORE

PLATIS, MICHAEL
[ADDRESS REDACTED]

PRASAD, AMIT
[ADDRESS REDACTED]

PRIMARY DIGITAL
C/O: APPLEBY
JAYLA PLACE
WICKHAMS CAY I
ROAD TOWN, TORTOLA VG1110 VIRGIN
ISLANDS (US)

PRIME TIME TRANSPORTATION SERVICES
INC.
ETG,EXECUTIVE TR
1440 39TH ST
BROOKLYN, NY 11218

PROJECT SOLUTIONS PTE LTD
1 LIANG SEAH ST
SINGAPORE 189768
SINGAPORE

PROXIMITY PANORAMA, LDA
1 WALLICH STREET
37-01
GUOCO TOWER
SINGAPORE 078881 SINGAPORE

QCP CAPITAL PTE LTD
3 PHILLIP STREET 11-02
ROYAL GROUP BUILDING
SINGAPORE 048693
SINGAPORE

QREDO LTD
ATTN: DUNCAN PAYNE-SHELLEY
124 CITY ROAD
LONDON EC1V 2NX
UNITED KINGDOM

QUICKSWAP

QUINLAN PARTNERS, LLC
ATTN: PAUL QUINLAN & DOROTHY BAKER
2805 2ND AVE. S.
SUITE 200
BIRMINGHAM, AL 35233

R AND D STRATEGIC SOLUTIONS, LLC
200 BRICKSTONE SQ
STE 103
ANDOVER, MA 01810

RAHMAN RAVELLI SOLICITORS LTD
ATTN: NICOLA SHARP AND AZIZUR RAHMAN
BRIDGE HOUSE
181 QUEEN VICTORIA STREET
LONDON EC4V 4EG UNITED KINGDOM

RAMSES EXCHANGE
26 RAMSES STREET
AL ALAMI, BULAQ
CAIRO 4342023
EGYPT

REED SMITH
ATTN: WAYNE STANSFIELD & MARK BINI
THREE LOGAN SQUARE
SUITE 3100, 1717 ARCH STREET
PHILADELPHIA, PA 19103

REGISTERED AGENTS INC
1401 21ST STREET
SUITE R
SACRAMENTO, CA 95811

REIS, BERNARDO
[ADDRESS REDACTED]

RELM INSURANCE
VICTORIA PLACE
5TH FLOOR WEST
31 VICTORIA ST
HAMILTON HM10 BERMUDA

RETRO FINANCE
PO BOX 5003
STUDFIELD, VICTORIA 3152
AUSTRALIA

REYNA, EDITH TRISTAN
[ADDRESS REDACTED]

RICHARDS, LAYTON & FINGER, P.A.
920 N. KING STREET
WILMINGTON, DE 19801

RIFT TECHNOLOGIES LIMITED
1B TRENGGANU STREET
SINGAPORE 058455
SINGAPORE

RUI PENA, ARNAUT & ASSOCIADOS
RUA CASTILHO 50
LISBOA 1250-071
PORTUGAL

SAHNI, SEJAL
[ADDRESS REDACTED]

SALESFORCE
415 MISSION ST
3RD FLOOR
SAN FRANCISCO, CA 94105

SALOMAO, BRUNO
[ADDRESS REDACTED]

SANCHEZ, JAMES
[ADDRESS REDACTED]

SAULNIER, JEAN-MICHEL
[ADDRESS REDACTED]

SCHUM, ZION
[ADDRESS REDACTED]

SCV-SECURITY
1 PANAMA CT
PARREARRA QLD 4575
AUSTRALIA

SECRETARY OF STATE/DIV OF REVENUE
DIVISION OF CORPORATIONS
FRANCHISE TAX
P.O. BOX 898
DOVER, DE 19903

SECRETARY OF STATE/DIV OF REVENUE
DIVISION OF CORPORATIONS; FRANCHISE TAX
JOHN G TOWNSEND BLDG
401 FEDERAL ST, STE 4
DOVER, DE 19901

SECURITIES & EXCHANGE COMMISSION
450 FIFTH STREET NW.
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
ATTN: DEVON STAREN
100 F STREET, NE
WASHINGTON, DC 20549-5985

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
100 PEARL ST STE 20-100
NEW YORK, NY 10004-2616

SECURITIES AND EXCHANGE COMMISSION
100 F STREET N.E.
WASHINGTON, DC 20549-5985

SEGUIAS FERRERO, NAHEM
[ADDRESS REDACTED]

SETIA LAW LLC
1 GEORGE STREET
07-03 ONE GEORGE STREET
SINGAPORE 049145
SINGAPORE

SHA2 LABS PTE LTD
ATTN: EDISON LIM
114 LAVENDER STREET
03-79, CT HUB 2
SINGAPORE 338729 SINGAPORE

SHAPIRO, GABRIEL
[ADDRESS REDACTED]

SHIN, DANIEL
[ADDRESS REDACTED]

SHOBNA CHANDRAN
[ADDRESS REDACTED]

SIAHAAN, DAVID F
[ADDRESS REDACTED]

SIGMA LABS
VIA ESPANA
DELTA BANK BUILDING
6TH FLOOR, SUITE 604D
PANAMA CITY PANAMA

SILVA OLIVEIRA, RENATO JOAO
[ADDRESS REDACTED]

SILVA, BRUNO
[ADDRESS REDACTED]

SIMOVIC, DJORDJE
[ADDRESS REDACTED]

SINGTEL
31 EXETER ROAD
COMCENTRE
SINGAPORE 239732
SINGAPORE

SINGTEL
ATTN: DIRECTOR, ALFRED SAW
C/O CREDIT MANAGEMENT (CREDIT RISK & ARREARS MGMT)
20 PICKERING STREET, 22-01, SINGTEL / PICKERING OPERATIONS COMPLEX
SINGAPORE 048658 SINGAPORE

SLACK TECHNOLOGIES LIMITED
3RD AND 4TH FL, NO 1
CENTRAL PARK (BLOCK G)
CENTRAL PARK, LEOPARDSTOWN
DUBLIN IRELAND

SOARES, DEVIN
[ADDRESS REDACTED]

SOBOLEVSKI, SEMION
[ADDRESS REDACTED]

SOMANI, AAHANA
[ADDRESS REDACTED]

SOUTHERN DISTRICT OF FLORIDA
WILKIE D. FERGUSON, JR.
UNITED STATES COURTHOUSE
400 NORTH MIAMI AVENUE, 6TH FLOOR
MIAMI, FL 33128-7715

SOUTHERN DISTRICT OF NEW YORK
ATTN: DANIEL PATRICK MOUNIHAN
U.S. COURT HOUSE
500 PEARL STREET
NEW YORK, NY 10007

SOUTHERN DISTRICT REPORTERS, P.C.
500 PEARL STREET
ST 8
NEW YORK, NY 10007

SP GROUP LTD
2 KALLANG SECTOR
SINGAPORE 349277
SINGAPORE

SQUID CACHE
10343 FEDERAL BLVD
UNIT J150
WESTMINSTER, CO 80260

STALLINGS, JASON
[ADDRESS REDACTED]

STANDARD CRYPTO VENTURE FUND I LP
ATTN: ASHLEY SWEREN
1225 4TH STREET
525
SAN FRANCISCO, CA 94158

STATUS LABS
1803 EVERGREEN AVE.
AUSTIN, TX 78704

STAZON TECHNOLOGIES LTD AKA STADER LABS
C/O: SD LEGOS TECHNOLOGIES PTE. LTD.
3 FRASER STREET 04-23A
DUO TOWER
SINGAPORE 189352 SINGAPORE

STROTHER, POOJA
[ADDRESS REDACTED]

SU, JAVIER
[ADDRESS REDACTED]

SUBMC1
1 WALLICH STREET
31-01 GUOCO TOWER
SINGAPORE 078881
SINGAPORE

SUDOSWAP
1676 PALA RANCH CIRCLE
SAN JOSE, CA 95133

SUET FUNG, MAN
[ADDRESS REDACTED]

SUMMIT LAW GROUP
315 FIFTH AVENUE SOUTH
SUITE 1000
SEATTLE, WA 98104-2682

SUNNYS WORLDWIDE CHAUFFEURED TRANSPORT
23765 PEBBLE RUN PL
STERLING, VA 20166

SUPERPLASTIC INC. & MIGHTY ELEPHANT
47 MAPLE STREET
SUITE 300
BURLINGTON, VT 05401

SUSHISWAP

SYBIL CAPITAL FUND 1-B FEEDER LP
1300 MORTIZ CT
SUITE 505-25
PMB 2039
INCLINE VILLAGE, NV 89451

SYGNUM BANK
UETLIBERGSTRASSE 134A
ZURICH 8045
SWITZERLAND

TAHEER, ABIR
[ADDRESS REDACTED]

TAI MO SHAN LIMITED
ATTN: JUMP OPERATIONS, LLC LEGAL DEPT
600 WEST CHICAGO
SUITE 600
CHICAGO, IL 60654

TAN RAJAH & CHEAH
80 RAFFLES PLACE
58-01
UOB PLZ 1
SINGAPORE 048624 SINGAPORE

TASNEEYAPANT, SONGWONG
[ADDRESS REDACTED]

TECH BITES LTD
INTERSHORE CHAMBERS
P.O. BOX 4342
ROAD TOWN, TORTOLA VG1110
VIRGIN ISLANDS, BRITISH

TEOTI, LLC
11042 SAFFOLD WAY
RESTON, VA 20190

TERESHKOV, VLADIMIR
[ADDRESS REDACTED]

TERRAFORM LABS KOREA
1 WALLICH STREET
37-01
GUOCO TOWER
SINGAPORE 078881 SINGAPORE

TERRAFORM LABS LIMITED
1 WALLICH STREET
37-01
GUOCO TOWER
SINGAPORE 078881 SINGAPORE

TERRASPACES
119 GAYWOOD RD
KING S LYNN
NORFOLK, PE30 2PU
UNITED KINGDOM

TESSA MANAGEMENT PTE LTD
45 N CANAL RD, 01-01
LEW BUILDING
SINGAPORE 059301
SINGAPORE

TETHER OPERATIONS LIMITED
C/O SHRM TRUSTEES (BVI) LIMITED
TRINITY CHAMBERS
PO BOX 4301
ROAD TOWN, TORTOLA VG1110 VIRGIN ISLANDS, BRITISH

TETOT, REMI
[ADDRESS REDACTED]

THE EASTERN CARIBBEAN SUPREME COURT
THE HIGH COURT OF JUSTICE VIRGIN ISLANDS
SAKAL PLACE
P.O. BOX 418
ROAD TOWN, TORTOLA VIRGIN ISLANDS (US)

THONGPRAPAISAENG, KANISORN
[ADDRESS REDACTED]

THORCHAIN

THREE ARROW FUND, LTD
7 TEMASEK BOULEVARD
SUNTEC TOWER ONE 21-04
SINGAPORE 038987
SINGAPORE

THREE ARROW FUND, LTD
C/O: LATHAM & WATKINS LLP
ATTN: NIMA H. MOHEBBI & TIFFANY M. IKEDA
355 SOUTH GRAND AVENUE, STE 100
LOS ANGELES, CA 90071

THREE ARROW FUND, LTD
C/O: LATHAM & WATKINS LLP
C HARRIS, A GOLDBERG, B NEVE & N TAOUSSE
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

THREE ARROWS FUND, LTD.
C/O ASCENT FUND SERVICES (SINGAPORE) PTE
1 FULLERTON ROAD
02-01, ONE FULLERTON
SINGAPORE 049213 SINGAPORE

TIPS & TRICKS, LLC.
3001 NE 185TH ST
APT 603
AVENTURA, FL 33180

TOKEN TERMINAL OY
PIENI ROOBERTINKATU 9
HELSINKI 00130
FINLAND

TOWER LEGAL SOLUTIONS
250 PARK AVE 2030
NEW YORK, NY 10177

TPC COMMERCIAL PTE LTD
1 WALLICH STREET
31-01 GUOCO TOWER
SINGAPORE 078881
SINGAPORE

TPC COMMERCIAL PTE LTD
ATTN: CHENG HSING YAO
1 WALLICH STREET
31-01 GUOCO TOWER
SINGAPORE 078881 SINGAPORE

TQ VENTURES III LP
408 WEST 14TH STREET
4TH FLOOR
NEW YORK, NY 10014

TQ VENTURES
ATTN: ANDREW MARKS
408 WEST 14TH STREET
4TH FLOOR
NEW YORK, NY 10014

TRADER JOE
800 S SHAMROCK AVE
MONROVIA, CA 91016

TRANSLUCENCE RESEARCH, INC.
651 N BROAD ST
STE 201
MIDDLETOWN, DE 19709

TRISIRISATAYAWONG, SAWIT
[ADDRESS REDACTED]

TRUONG, MIRANDA
[ADDRESS REDACTED]

TRUSTLESS MEDIA INC
C/O COGENCY GLOBAL INC. 850
NEW BURTON ROAD
SUITE 201
DOVER, DE 19904

TUMCHAROEN, DAVID
[ADDRESS REDACTED]

TURCAN, MICHAL
[ADDRESS REDACTED]

U.S. COURTS AO - PACER SERVICE CENTER
P.O. BOX 780549
SAN ANTONIO, TX 78278

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE.
NW
WASHINGTON, DC 20530

U.S. DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

U.S. SECURITIES AND EXCHANGE
COMMISSION
C/O: WILLIAM M. UPTEGROVE
950 EAST PACES FERRY ROAD
N.E., SUITE 900
ATLANTA, GA 30326-1382

UNISWAP
181 NORTH 11TH STREET
SUITE 406
BROOKLYN, NY 11211

UNITED PARCEL SERVICE (UPS)
55 GLENLAKE PARKWAY
N.E.
ATLANTA, GA 30328

URA
PLOT M 193/4 KINNAWATAKA ROAD
NAKAWA INDUSTRIAL AREA
KAMPALA
UGANDA

VALIDO, MIGUEL
[ADDRESS REDACTED]

VANECK ETP AG
LANDSTRASSE 36
9495
TRIESEN
LIECHTENSTEIN

VOLOPAY
152 BEACH ROAD
SUITE 28-00
GATEWAY EAST
SINGAPORE 189721 SINGAPORE

VRNET PTE LTD
8 AYER RAJAH CRESCENT
SINGAPORE 139939
SINGAPORE

VSP VISION
3333 QUALITY DRIVE
RANCHO CORDOVA, CA 95670

WANDILLA HOLDINGS LIMITED
ATTN: BRANDON FERRICK
12 HAY HL
LONDON W1J 8NR
UNITED KINGDOM

WARN, JARED
[ADDRESS REDACTED]

WARNERBRING, IB KAI M
[ADDRESS REDACTED]

WASHINGTON DEPARTMENT OF REVENUE
ATTN: BANKRUPTCY UNIT
2101 4TH AVENUE
SUITE 1400
SEATTLE, WA 98121

WASHINGTON EXPRESS LLC
WASHINGTON EXPRESS VISAS
1001 CONNECTICUT AVE
NW 710
WASHINGTON, DC 20036

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

WEIL, GOTSHAL & MANGES LLP
F. GAVIN ANDREWS, RONIT J. BERKOVICH
CHRISTINE CALABRESE, JARED FRIEDMANN
TAYLOR JONES & JESSICA LIOU, 767 FIFTH AVE.
NEW YORK, NY 10153

WESTERN ALLIANCE BANK
ATTN: CAMERON CLARKE
450 B. STREET
STE 150
SAN DIEGO, CA 92101

WESTERN MESSENGER SERVICE, INC.
DBA WESTERN ATTORNEY S
75 COLUMBIA SQUARE
SAN FRANCISCO, CA 94103

WHITE WHALE
1904 FRANKLIN ST
OAKLAND, CA 94612

WILCOX, AARON
[ADDRESS REDACTED]

WILLIAM H. KIMBALL
[ADDRESS REDACTED]

WILLIS TOWERS WATSON US LLC
800 NORTH GLEVE ROAD
FLOOR 10
ARLINGTON, VA 22203

WINTERMUTE TRADING
3RD FLOOR, 1 ASHLEY ROAD
ALTRINCHAM WA14 2DT
UNITED KINGDOM

WINTERMUTE TRADING
C/O: MISHCON DE REYA LLP
AFRICA HOUSE
70 KINGSMAN
LONDON WC2B 6AH UNITED KINGDOM

WIRIYAKULNAN, NATTHARAT
[ADDRESS REDACTED]

WOMBAT EXCHANGE

WONG PARTNERSHIP LLP
ATTN: CLAYTON CHONG
12 MARINA BOULEVARD LEVEL 28
MARINA BAY FINANCIAL CENTRE TOWER 3
SINGAPORE 18982 SINGAPORE

WORMHOLE
238 NORTH CHURCH STREET
GEORGE TOWN
CAYMAN ISLANDS

WRIGHT, MIJOLAE
[ADDRESS REDACTED]

XIUFANG, LIN
[ADDRESS REDACTED]

XYZ TWO WAY RADIO SERVICE, INC.
275 20TH ST
BROOKLYN, NY 11215

YAKIR MATUSOVSKY
[ADDRESS REDACTED]

YI, EUGENE
[ADDRESS REDACTED]

YOO, WILLIAM
[ADDRESS REDACTED]

YOON, HONG BUM
[ADDRESS REDACTED]

YU, DAEHYUK
[ADDRESS REDACTED]

Total: 531