# EXHIBIT 27

PageVault

| | |
|---|---|
| Document title: | Bitcoin USD (BTC-USD) Price History & Historical Data - Yahoo Finance |
| Capture URL: | https://finance.yahoo.com/quote/BTC-USD/history/?period1=1652227200&period2=1652659200 |
| Page loaded at (UTC): | Tue, 18 Aug 2026 15:58:28 GMT |
| Capture timestamp (UTC): | Tue, 18 Aug 2026 15:58:31 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 2 |
| Capture ID: | 2BQswnaaW6cwgvRtHoH9zu |
| Display Name: | ian.mcmillan |

Summary News Chart Community **Historical Data** Profile

Cryptocurrency • USD

## Bitcoin USD Price (BTC-USD)

**64,817.99** +676.52 (+1.05%)

As of 3:58:15 PM UTC. Market Open.

Trade BTC on Coinbase  Trading disclosure

May 11, 2022 - May 16, 2022 | Historical Prices | Daily

Currency in USD | Download

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| May 16, 2022 | 31,304.38 | 31,305.34 | 29,251.88 | 29,862.92 | 29,862.92 | 32,613,897,286 |
| May 15, 2022 | 30,098.59 | 31,308.19 | 29,527.74 | 31,305.11 | 31,305.11 | 25,835,372,065 |
| May 14, 2022 | 29,285.64 | 30,192.80 | 28,702.91 | 30,101.27 | 30,101.27 | 28,579,868,620 |
| May 13, 2022 | 29,030.91 | 30,924.80 | 28,782.33 | 29,283.10 | 29,283.10 | 42,841,124,537 |
| May 12, 2022 | 28,936.73 | 30,032.44 | 26,350.49 | 29,047.75 | 29,047.75 | 66,989,173,272 |
| May 11, 2022 | 31,016.18 | 32,013.40 | 28,170.41 | 28,936.36 | 28,936.36 | 70,388,855,818 |

## Top Crypto

| | | | |
|---|---|---|---|
| ETH-USD<br>Ethereum USD<br>1,915.91 +0.23% | USDT-USD<br>Tether USDt USD<br>1.00 +0.01% | BNB-USD<br>BNB USD<br>602.96 -0.58% | USDC-USD<br>USD Coin USD<br>1.00 +0.00% |






Quote Lookup

### Trending tickers

| | |
|---|---|
| XOS<br>Xos, Inc. | 4.3900<br>+2.3000 (+110.05%) |
| BTC-USD<br>Bitcoin USD | 64,817.99<br>+676.52 (+1.05%) |
| KLAR<br>Klarna Group plc | 15.34<br>-4.18 (-21.40%) |
| HD<br>The Home Depot, Inc. | 340.05<br>+2.17 (+0.64%) |
| BIDU<br>Baidu, Inc. | 91.39<br>-12.73 (-12.23%) |






### Portfolio

Sign in to access your portfolio

Sign in

### Recently viewed

| | |
|---|---|
| USTC-USD<br>TerraClassicUS... | 0.004818<br>-0.000083 (-1.70%) |

### Top gainers

| | |
|---|---|
| AMLX<br>Amylyx Pharmace... | 31.93<br>+10.50 (+49.02%) |
| HAE<br>Haemonetics Cor... | 104.84<br>+14.57 (+16.14%) |
| UGI<br>UGI Corporation | 38.98<br>+3.89 (+11.09%) |
| TRGP<br>Targa Resources C... | 298.34<br>+20.40 (+7.34%) |
| DAO<br>Youdao, Inc. | 17.51<br>+1.21 (+7.46%) |

yahoo!finance

Copyright © 2026 Yahoo.
All rights reserved.

### Trending Topics

Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT
Tariffs