# EXHIBIT 28

PageVault

| | |
|---|---|
| Document title: | Historical Snapshot - 16 May 2022 \| CoinMarketCap |
| Capture URL: | https://coinmarketcap.com/historical/20220516/ |
| Page loaded at (UTC): | Tue, 18 Aug 2026 16:01:38 GMT |
| Capture timestamp (UTC): | Tue, 18 Aug 2026 16:01:40 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 2 |
| Capture ID: | jMj9kMhXjGJMCz482WwZEj |
| Display Name: | ian.mcmillan |

Use CoinMarketCap APP
Get a better and more comprehensive user experience
OPEN



# Historical Snapshot - 16 May 2022

Market Cap: All

Price : All

Volume (24h): All

USD

← Previous Week | Next Week → | View All

| Rank | Name | Symbol | Market Cap | Price | Circulating Supply | volume (24h) | % 1h | % |
|---|---|---|---|---|---|---|---|---|
| 1 | Bitcoin | BTC | $568,643,328,349.09 | $29,862.92 | 19,041,787 BTC | $32,613,897,286.17 | -0.43% | -4. |
| 2 | Ethereum | ETH | $244,357,879,748.27 | $2,022.73 | 120,806,223 ETH | $21,459,552,190.69 | -0.43% | -5. |
| 3 | Tether | USDT | $75,659,604,369.57 | $0.9988 | 75,752,120,651 USDT * | $62,504,490,441.43 | -0.01% | -0. |
| 4 | USD Coin | USDC | $52,005,779,139.96 | $1.0006 | 51,975,599,125 USDC * | $6,650,512,578.74 | 0.01% | 0. |
| 5 | BNB | BNB | $48,609,208,955.45 | $297.71 | 163,276,975 BNB * | $1,754,184,297.64 | -0.19% | -4. |
| 6 | XRP | XRP | $20,424,915,691.85 | $0.4225 | 48,343,101,197 XRP * | $1,839,092,426.98 | -0.77% | -5. |
| 7 | Cardano | ADA | $18,828,281,214.33 | $0.5567 | 33,820,262,544 ADA | $1,291,715,346.33 | -1.22% | -6. |
| 8 | Solana | SOL | $18,086,298,370.02 | $53.65 | 337,138,703 SOL * | $2,067,312,216.90 | -1.27% | -8. |
| 9 | Binance USD | BUSD | $17,989,647,673.94 | $0.9995 | 17,998,075,034 BUSD * | $8,968,771,547.17 | -0.03% | -0. |
| 10 | Dogecoin | DOGE | $11,653,943,119.71 | $0.08784 | 132,670,764,300 DOGE | $606,521,740.42 | -0.05% | -5. |
| 11 | Polkadot | DOT | $10,492,669,465.74 | $10.62 | 987,579,315 DOT * | $900,666,870.47 | -1.61% | -9. |
| 12 | Avalanche | AVAX | $8,765,521,021.18 | $32.57 | 269,112,171 AVAX * | $867,980,587.91 | -2.22% | -10. |
| 13 | Wrapped Bitcoin | WBTC | $8,476,563,133.85 | $29,846.64 | 284,004 WBTC * | $479,440,058.39 | -0.51% | -4. |
| 14 | TRON | TRX | $6,754,785,477.74 | $0.06909 | 97,770,462,007 TRX * | $855,280,675.02 | -0.65% | -4. |
| 15 | Shiba Inu | SHIB | $6,584,408,930.47 | $0.00001199 | 549,063,278,876,302 SHIB * | $470,716,635.09 | -0.50% | -7. |
| 16 | Dai | DAI | $6,415,405,976.48 | $0.9997 | 6,417,284,790 DAI * | $375,983,903.76 | -0.05% | -0 |
| 17 | Polygon | MATIC | $5,383,624,066.12 | $0.6773 | 7,948,866,567 MATIC * | $624,793,294.98 | -1.32% | -8. |
| 18 | Cronos | CRO | $4,894,413,623.33 | $0.1937 | 25,263,013,692 CRO * | $33,779,407.46 | -0.34% | -4. |
| 19 | Litecoin | LTC | $4,724,926,520.70 | $67.21 | 70,299,531 LTC | $722,439,504.23 | -0.70% | -6. |
| 20 | UNUS SED LEO | LEO | $4,708,427,560.38 | $4.9357 | 953,954,130 LEO * | $6,860,690.83 | -0.03% | -0. |
| 21 | NEAR Protocol | NEAR | $4,500,707,839.15 | $6.5295 | 689,284,642 NEAR * | $535,873,457.47 | -1.71% | -11. |
| 22 | FTX Token | FTT | $4,344,863,178.43 | $31.88 | 136,304,476 FTT * | $98,131,745.75 | -0.50% | -2. |
| 23 | Bitcoin Cash | BCH | $3,761,458,423.85 | $197.30 | 19,065,144 BCH | $3,256,557,516.83 | -1.38% | -8. |
| 24 | Uniswap | UNI | $3,625,695,926.51 | $5.0443 | 718,764,394 UNI * | $161,915,063.07 | -0.48% | -7. |
| 25 | Chainlink | LINK | $3,464,471,929.83 | $7.4184 | 467,009,550 LINK * | $480,158,959.19 | -1.25% | -6. |
| 26 | Stellar | XLM | $3,368,038,841.16 | $0.1358 | 24,805,535,161 XLM * | $198,693,579.92 | -0.80% | -6. |
| 27 | Cosmos | ATOM | $3,155,130,688.30 | $11.02 | 286,370,297 ATOM * | $439,871,475.77 | -1.56% | -10 |