# EXHIBIT 29

| | |
|---|---|
| Document title: | TerraClassicUSD USD (USTC-USD) Price History & Historical Data - Yahoo Finance |
| Capture URL: | https://finance.yahoo.com/quote/USTC-USD/history/?period1=1652227200&period2=1652313600 |
| Page loaded at (UTC): | Tue, 18 Aug 2026 16:00:13 GMT |
| Capture timestamp (UTC): | Tue, 18 Aug 2026 16:00:14 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 2 |
| Capture ID: | 3KLJwS2QLWrc5REAA2d36d |
| Display Name: | ian.mcmillan |

Summary News Chart Community Historical Data Profile

Cryptocurrency • USD

## TerraClassicUSD USD Price (USTC-USD)

**0.004818** -0.000083 (-1.69%)

As of 3:57:00 PM UTC. Market Open.

May 11, 2022 - May 12, 2022 | Historical Prices | Daily

Currency in USD | Download

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| May 12, 2022 | 0.801058 | 0.829403 | 0.362599 | 0.408584 | 0.408584 | 9,392,162,783 |
| May 11, 2022 | 0.799372 | 0.847420 | 0.299838 | 0.801137 | 0.801137 | 7,679,819,164 |

## Top Crypto

| | | | |
|---|---|---|---|
| BTC-USD<br>Bitcoin USD<br>64,798.71 +1.02% | ETH-USD<br>Ethereum USD<br>1,915.60 +0.22% | USDT-USD<br>Tether USDt USD<br>1.00 +0.02% | BNB-USD<br>BNB USD<br>603.01 -0.57% |

Quote Lookup

### Trending tickers

| | | |
|---|---|---|
| XOS<br>Xos, Inc. | 4.4100 | +2.3200 (+111.01%) |
| BTC-USD<br>Bitcoin USD | 64,803.03 | +661.56 (+1.03%) |
| KLAR<br>Klarna Group plc | 15.44 | -4.07 (-20.86%) |
| HD<br>The Home Depot, Inc. | 340.40 | +2.52 (+0.75%) |
| BIDU<br>Baidu, Inc. | 91.48 | -12.64 (-12.14%) |




### Portfolio

Sign in to access your portfolio

Sign in

### Recently viewed

| | | |
|---|---|---|
| BTC-USD<br>Bitcoin USD | 64,803.03 | +661.56 (+1.03%) |

### Top gainers

| | | |
|---|---|---|
| AMLX<br>Amylyx Pharmace... | 31.92 | +10.49 (+48.97%) |
| HAE<br>Haemonetics Cor... | 104.83 | +14.56 (+16.13%) |
| UGI<br>UGI Corporation | 39.10 | +4.01 (+11.43%) |
| TRGP<br>Targa Resources C... | 298.74 | +20.80 (+7.48%) |
| DAO<br>Youdao, Inc. | 17.51 | +1.21 (+7.46%) |

yahoo!finance

Copyright © 2026 Yahoo.
All rights reserved.

### Trending Topics

Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT
Tariffs

### Explore Further

Mortgages
Credit Cards
Sectors
Crypto Heatmap