# EXHIBIT 30

Page Vault

| | |
|---|---|
| Document title: | Historical Snapshot - 11 May 2022 \| CoinMarketCap |
| Capture URL: | https://coinmarketcap.com/historical/20220511/ |
| Page loaded at (UTC): | Tue, 18 Aug 2026 16:02:08 GMT |
| Capture timestamp (UTC): | Tue, 18 Aug 2026 16:02:09 GMT |
| Capture tool: | 11.2.8 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.2.8 Chrome/148.0.7778.280 Safari/537.36 |
| Operating system: | Linux (Node 24.18.0) |
| PDF length: | 2 |
| Capture ID: | empzXpbaUyqeoAbqjJUGHN |
| Display Name: | ian.mcmillan |

Use CoinMarketCap APP
Get a better and more comprehensive user experience
OPEN

CoinMarketCap Market Cap: $2.21T ▲0.54%

# Historical Snapshot - 11 May 2022

Market Cap: All

Price : All

Volume (24h): All

USD

← Previous Week | Next Week → | View All

| Rank | Name | Symbol | Market Cap | Price | Circulating Supply | volume (24h) | % 1h | % 2 |
|---|---|---|---|---|---|---|---|---|
| 1 | Bitcoin | BTC | $550,870,071,633.79 | $28,936.36 | 19,037,300 BTC | $70,388,855,817.93 | 0.21% | -6.7 |
| 2 | Ethereum | ETH | $250,186,937,448.08 | $2,072.11 | 120,740,258 ETH | $45,743,399,153.68 | -0.50% | -11.5 |
| 3 | Tether | USDT | $82,804,472,064.78 | $0.9959 | 83,147,694,183 USDT * | $159,700,404,396.02 | -0.06% | -0.3 |
| 4 | USD Coin | USDC | $49,009,770,946.83 | $1.0008 | 48,972,254,948 USDC * | $15,143,285,239.01 | -0.01% | 0.0 |
| 5 | BNB | BNB | $44,078,705,120.02 | $269.96 | 163,276,975 BNB * | $3,870,618,667.74 | -0.24% | -15.4 |
| 6 | XRP | XRP | $19,983,884,939.40 | $0.4134 | 48,343,101,197 XRP * | $5,290,247,987.05 | -0.04% | -19.5 |
| 7 | Cardano | ADA | $17,301,359,976.36 | $0.5128 | 33,739,028,516 ADA | $2,692,548,109.54 | -1.46% | -18.4 |
| 8 | Solana | SOL | $16,910,528,275.47 | $50.21 | 336,790,334 SOL * | $4,432,811,557.58 | 5.34% | -24.8 |
| 9 | Binance USD | BUSD | $16,980,879,299.95 | $1.0030 | 16,930,415,417 BUSD * | $15,589,615,017.76 | 0.08% | 0.3 |
| 10 | Dogecoin | DOGE | $11,221,387,238.65 | $0.08458 | 132,670,764,300 DOGE | $2,556,008,051.31 | -0.48% | -22.0 |
| 11 | TerraUSD | UST | $10,718,072,198.98 | $0.8011 | 13,378,573,062 UST * | $7,679,819,163.74 | 2.71% | 0.1 |
| 12 | Polkadot | DOT | $8,844,945,616.60 | $8.9562 | 987,579,315 DOT * | $2,370,958,312.84 | -0.28% | -21.1 |
| 13 | Avalanche | AVAX | $8,327,305,145.40 | $30.96 | 268,944,912 AVAX * | $2,428,550,936.46 | 1.03% | -30.5 |
| 14 | Wrapped Bitcoin | WBTC | $8,223,653,423.43 | $28,874.72 | 284,805 WBTC * | $948,156,534.90 | 0.17% | -6.9 |
| 15 | TRON | TRX | $7,312,516,735.02 | $0.07447 | 98,189,990,934 TRX * | $4,142,562,948.40 | -0.24% | -3.2 |
| 16 | Dai | DAI | $6,603,068,390.69 | $1.0013 | 6,594,667,895 DAI * | $1,562,848,825.95 | -0.02% | 0.1 |
| 17 | Shiba Inu | SHIB | $6,576,096,266.46 | $0.00001198 | 549,063,278,876,302 SHIB * | $1,583,801,208.55 | -1.98% | -26.1 |
| 18 | Polygon | MATIC | $5,229,630,505.05 | $0.6663 | 7,848,866,567 MATIC * | $1,825,527,072.29 | -0.15% | -25.1 |
| 19 | UNUS SED LEO | LEO | $4,967,477,579.86 | $5.2072 | 953,954,130 LEO * | $10,583,310.89 | -0.52% | -3.8 |
| 20 | Cronos | CRO | $4,907,606,051.63 | $0.1943 | 25,263,013,692 CRO * | $138,131,109.51 | -0.41% | -15.6 |
| 21 | Litecoin | LTC | $4,664,769,119.37 | $66.39 | 70,264,394 LTC | $1,899,877,236.38 | -0.94% | -17.2 |
| 22 | NEAR Protocol | NEAR | $4,349,928,290.98 | $6.3814 | 681,658,005 NEAR * | $2,322,538,927.62 | -1.82% | -33.5 |
| 23 | FTX Token | FTT | $4,057,195,728.77 | $29.71 | 136,538,848 FTT * | $327,328,745.18 | 1.27% | -10.3 |
| 24 | Bitcoin Cash | BCH | $3,704,768,741.38 | $194.37 | 19,060,713 BCH | $3,953,210,174.73 | -0.28% | -16.1 |
| 25 | Uniswap | UNI | $3,370,254,989.34 | $4.8796 | 690,684,448 UNI * | $509,272,688.26 | -0.31% | -19.7 |
| 26 | Chainlink | LINK | $3,230,271,040.39 | $6.9169 | 467,009,550 LINK * | $1,336,413,447.34 | -1.29% | -19.4 |
| 27 | Stellar | XLM | $3,113,024,669.68 | $0.1255 | 24,800,502,070 XLM * | $666,385,581.17 | -1.04% | -15.4 |