**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TODD R. SNYDER, as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post-Effective Date Debtor, and the Wind Down Trust,<br><br>Plaintiff,<br><br>v.<br><br>JUMP TRADING, LLC; JUMP CRYPTO HOLDINGS, LLC; TAI MO SHAN LTD.; JUMP FINANCIAL, LLC; J DIGITAL 6 CAYMAN LTD.; JCDP-7 DIGITAL LTD.; JUMP OPERATIONS, LLC; JUMP CAPITAL, LLC; KANAV KARIYA; WILLIAM DISOMMA; and XYZ COMPANIES 1-10,<br><br>Defendants. | Case No. 1:25-cv-15414<br><br>District Judge Joan H. Lefkow |

**JOINT MOTION OF THE PLAN ADMINISTRATOR AND DEFENDANT KANAV KARIYA FOR LEAVE TO FILE THE DECLARATION OF DON AVIV UNDER SEAL AND TO FILE A REDACTED VERSION**

Pursuant to Local Rules 5.8 and 26.2, Plaintiff Todd R. Snyder, as Plan Administrator for the jointly administered estates of Terraform Labs Pte. Ltd. and Terraform Labs Limited and the Wind Down Trust (the "Plan Administrator" or "Plaintiff"), and Defendant Kanav Kariya ("Kariya") respectfully move this Court for an Order (1) sealing the Declaration of Don Aviv in Support of Plaintiff's Motion for Leave to Serve the Summons and Amended Complaint on Defendant Kanav Kariya by Alternative Means, Dkt. 85-3 ("Aviv Declaration"), and (2) granting leave for Plaintiff to file a redacted version of the Aviv Declaration on the public docket. The parties' proposed redacted version of the Aviv Declaration is filed herewith ("Redacted Declaration").

On August 5, 2026, the Plan Administrator filed his Motion for Leave to Serve the Summons and Amended Complaint on Defendant Kanav Kariya by Alternative Means (the "Motion") and accompanying exhibits, including the Aviv Declaration. *See* Dkt. 85. Although the Aviv Declaration does not contain Kariya's full address, it contains some identifying information that the Plan Administrator's investigators learned about Kariya's whereabouts. *See* Dkt. 85-3. This Court granted the Plan Administrator's Motion the next day, *see* Dkt. 86, and in accordance with that ruling, the Plan Administrator, on August 7, emailed his counsel from related litigation at Zuckerman Spaeder LLP ("Zuckerman Spaeder"), *see* Dkt. 87.

After the Court's Order granting the Plan Administrator's motion, counsel at Zuckerman Spaeder told the Plan Administrator's counsel that they would represent Kariya in this action and requested that the parties seek to seal the few non-public details in the Aviv Declaration about Kariya's address. According to his counsel, Kariya has legitimate security concerns, and the Plan Administrator does not oppose sealing this information.

There is good cause for the Court to seal the information regarding Kariya's address because the identifying information poses a risk to his safety. *See United States v. Dish Network, L.L.C.*, 943 F. Supp. 2d 891, 894 (C.D. Ill. 2013) (finding "good cause exists for redacting . . . personally identifying information"); *see also Myles v. Wojcik*, 2024 WL 4802552, at *7 (N.D. Ill. Nov. 15, 2024) (permitting redaction of contact information during discovery due to safety concerns); *Clark v. Ruck*, 2014 WL 1477925, at *3 (N.D. Ill. Apr. 15, 2014) (same). The parties jointly propose redactions that are narrowly tailored to address Kariya's security concerns, and no

public interest warrants disclosure of this limited information, which has no bearing on the Plan Administrator's claims or Motion. *See* Redacted Declaration.[1]

The Plan Administrator and Kariya respectfully request that this Court enter an Order (1) sealing the Declaration of Don Aviv, Dkt. 85-3, and (2) granting the Plan Administrator leave to file the accompanying redacted version of this declaration, *see* Redacted Declaration.

[1] In *Hu v. Jump Trading, LLC*, Judge Cummings recently granted a similar request to seal Kariya's address. *See* Minute Entry, *Hu v. Jump Trading, LLC*, No. 1:26-cv-05335 (N.D. Ill. Aug. 20, 2026), Dkt. 47.

Dated: August 24, 2026

Respectfully submitted,

*/s/ Michael Frisch (with consent)*
Michael Frisch (Bar No. 6296533)
CROKE FAIRCHILD DUARTE &
BERES LLC
180 N LaSalle St., Suite 3400
Chicago, Illinois 60654
Telephone: (847) 530-7419
mfrisch@crokefairchild.com

Aitan D. Goelman (*pro hac vice*)
R. Miles Clark (*pro hac vice*)
Christopher R. MacColl (*pro hac vice*)
J. Benjamin Jernigan (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
2100 L Street NW, Suite 400
Washington, DC 20037
Telephone: (202) 778-1800
Facsimile: (202) 822-8106
agoelman@zuckerman.com
mclark@zuckerman.com
cmaccoll@zuckerman.com
bjernigan@zuckerman.com

*Counsel for Defendant Kanav Kariya*

*/s/ Casey J. McGushin*
Michael F. Williams, P.C. (*pro hac vice*)
Judson Brown, P.C. (*pro hac vice*)
Caroline Milner (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
mwilliams@kirkland.com
jdbrown@kirkland.com
caroline.milner@kirkland.com

Casey J. McGushin (ARDC No. 6313465)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
casey.mcgushin@kirkland.com

Sara Shaw Tatum (*pro hac vice*)
KIRKLAND & ELLIS LLP
830 Brickell Plaza
Miami, FL 33131
Telephone: (305) 432-5600
Facsimile: (305) 432-5601
sara.tatum@kirkland.com

*Counsel for Plaintiff Todd R. Snyder, as Plan Administrator for the Terraform Labs Pte. Ltd., et al., each Post-Effective Date Debtor, and the Wind Down Trust*