**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TODD R. SNYDER AS PLAN ADMINISTRATOR FOR THE TERRAFORM LABS PTE. LTD., ET AL., EACH POST-EFFECTIVE DATE DEBTOR, AND THE WIND DOWN TRUST,

Plaintiff,

vs.

JUMP TRADING, LLC, JUMP CRYPTO HOLDINGS, LLC, TAI MO SHAN LIMITED, JUMP FINANCIAL, LLC, J DIGITAL 6 CAYMAN LTD., JCDP-7 DIGITAL LTD., JUMP OPERATIONS, LLC, JUMP CAPITAL, LLC, KANAV KARIYA, WILLIAM DISOMMA, AND XYZ COMPANIES 1-10,

Defendants.

Case No. 1:25-cv-15414

District Judge Joan H. Lefkow

**DEFENDANTS' UNOPPOSED MOTION TO UPDATE ALLOCATION PROVISION FOR REPLY MEMORANDA**

Pursuant to Local Rule 7.1, Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, Tai Mo Shan Limited, Jump Financial, LLC, J Digital 6 Cayman Ltd., JCDP-7 Digital Ltd., Jump Operations, LLC, and Jump Capital, LLC (collectively, the "Jump Defendants"), and Defendant William DiSomma (together with the Jump Defendants, the "Moving Defendants") jointly move to revise the current allocation of pages between the Jump Defendants' and Mr. DiSomma's reply memoranda in support of their respective motions to dismiss. In support, the Moving Defendants state as follows:

1. On July 14, 2026, the Court ordered (i) 70 pages for opening briefs on the Moving Defendants' motions to dismiss the Amended Complaint, with 50 pages allocated to the Jump

Defendants and 20 pages to Mr. DiSomma, and (ii) 38 pages for reply briefs, allotting 25 pages to the Jump Defendants and 13 pages to Mr. DiSomma. Dkts. 81–82.

2. On August 14, 2026, the Court granted the Moving Defendants' motion to increase the page limits for the opening and opposition briefs by 10 pages and allowed the Moving Defendants to allocate their opening brief pages by agreement among the Moving Defendants. Dkts. 88–89. That order did not address the reply briefs.

3. The Moving Defendants respectfully request leave to allocate the reply brief pages by agreement, consistent with the August 14 order on the opening briefs. Because nearly all counts in the Amended Complaint are asserted against all Defendants jointly, the Moving Defendants are coordinating to minimize duplicative arguments, and the requested flexibility will allow them to present the issues to the Court as efficiently as possible within the existing 38-page total.

4. Counsel for the Moving Defendants have conferred with counsel for Plaintiff, and Plaintiff does not oppose the relief requested in this motion.

WHEREFORE, the Moving Defendants respectfully request that the Court grant the Moving Defendants leave to allocate a total of 38 pages for the reply memoranda between the Jump Defendants and Mr. DiSomma by agreement.

Dated: November 3, 2026

Respectfully submitted,

/s/ *Gary Feinerman*

Gary Feinerman (ARDC No. 6206906)
Sean M. Berkowitz (ARDC No. 6209701)
Jack M. McNeily (ARDC No. 6332140)
LATHAM & WATKINS LLP
330 N. Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: 312.876.7700
Email: gary.feinerman@lw.com
sean.berkowitz@lw.com
jack.mcneily@lw.com

Christopher Harris (*pro hac vice*)
Elizabeth A. Morris (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200
Email: christopher.harris@lw.com
elizabeth.morris@lw.com

Richard Frohlichstein (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: 202.637.2200
Email: richard.frohlichstein@lw.com

*Attorneys for Defendants Jump Trading, LLC, Jump Crypto Holdings LLC, Tai Mo Shan Limited, Jump Financial, LLC, J Digital 6 Cayman Ltd., JCDP-7 Digital Ltd., Jump Operations, LLC, and Jump Capital, LLC*

/s/ *Paul M. Krieger (with consent)*

Paul M. Krieger (*pro hac vice*)
Rebecca S. Tinio (*pro hac vice*)
Jonathan F. Bolz (*pro hac vice*)
Benjamin W. Perotin (*pro hac vice*)
KKL LLP
350 Fifth Avenue, Suite 7710
New York, New York 10118
Telephone: (212) 390-9550

Paul.Krieger@KKLllp.com
Rebecca.Tinio@KKLllp.com
Jonathan.Bolz@KKLllp.com
Ben.Perotin@KKLllp.com

*Attorneys for Defendant William DiSomma*